# EXHIBIT 1

                                                              Mike Pace <mike@pond5.com>

## Re: Pond5 handshake with Nick Power

**Douglas Price** <douglas@prosoundeffects.com>                       Tue, May 26, 2015 at 4:38 PM
To: Gordon Hempton <gordon@soundtracker.com>, Mike Pace <mike@pond5.com>
Cc: nick power <nickedpower@gmail.com>, Pierre Langer <pierre@boomlibrary.com>, Boom Library | Axel Rohrbach
<axel@boomlibrary.com>, Jarrett Santarsiero <jarrett@sourceaudio.com>

Hi Mike,

Please meet Nick Power who represents Gordon Hempton (Quiet Planet) and Axel Rohrbach (BOOM). They
believe there are some piracy issues going on regarding their catalogs and they asked me to introduce them to
someone at pond5 who deals with the audio side.

Gentlemen, I'll let you take it from here. I know you all well and trust that you'll get to the bottom of any issues.

Allbest,

Douglas Price
Founder & President
Pro Sound Effects
646 706 7728 x7

www.prosoundeffects.com
Next Level Library, Licensing & Service

Check out the NEW About PSE Video!

...or stay updated on Twitter & Linkedin



On May 26, 2015, at 1:55 PM, Gordon Hempton <gordon@soundtracker.com> wrote:

Hi Doug,

It's great that you already know the folks over at Pond5.  Will you please forward this
email to the right person at Pond5 so that Nick Power, our attorney, can work with
them?  We have detected a widespread piracy issue at www.Pond5.com .

All the best,
Gordon

Gordon Hempton
Quiet Planet LLC/ The Sound Tracker®
cell: 360-477-9588

PON 000174

# EXHIBIT 2

                                                          Mike Pace <mike@pond5.com>

## Re: Pond5 handshake with Nick Power

**Mike Pace** <mike@pond5.com>                                    Tue, May 26, 2015 at 5:13 PM
To: nickedpower@gmail.com
Cc: Gordon Hempton <gordon@soundtracker.com>, Pierre Langer <pierre@boomlibrary.com>, Boom Library | Axel
Rohrbach <axel@boomlibrary.com>, Jarrett Santarsiero <jarrett@sourceaudio.com>, Jared Van Fleet
<jared@pond5.com>

Hi Nick,

Mike Pace here, I handle things on the audio curatorial side; hope you're well!

We take issues of fraud very seriously and we're working to implement an automated content recognition platform
to prevent against infringements that escape our curators.... In the meantime, we're trying our best to address these
issues efficiently on an ad hoc basis.

We can do an immediate takedown, blacklist the fraudulent contributors, and audit to see if there have been any
sales.  If it turns out there have been any infringing sales, we're willing to do whatever we can to stay on good terms
with any legitimate catalog.

Can you provide any more info as to the tracks in questions?

Thanks,
Mike

[Quoted text hidden]
--

**Mike Pace**

Audio Development Manager

**mobile**: 1-917-306-1637

**skype**: mikeepace



PON 000176

# EXHIBIT 3

11/19/2015                               Pond5 Mail - Re: Pond5 handshake with Nick Power

 pond5                                          Mike Pace <mike@pond5.com>

## Re: Pond5 handshake with Nick Power

**nick power** <nickedpower@gmail.com>                            Fri, May 29, 2015 at 1:26 PM
To: Mike Pace <mike@pond5.com>

Hi Mike,

Thanks for reaching out to us and establishing contact.

I would very much like to speak with you after I have had a better chance to review my clients' situation.

Could we arrange a phone call in the latter part of next week or the early part of the week following?

Regards,

Nick

**Nicholas Power**

**Attorney at Law**
**540 Guard, Suite 150**
**Friday Harbor WA, 98250**
**office:  360-298-0464**

*This message is confidential, is protected by the attorney-client privilege and other privileges, and is intended for the exclusive use of the listed recipient(s). If you have received this message in error, please so indicate in a reply message to the sender and delete the contents of this message. Any reproduction, use, or retransmission of this message, other than as specified above, is prohibited.*

[Quoted text hidden]

PON 000177

# EXHIBIT 4

 pond5                                           Mike Pace <mike@pond5.com>

## Re: Pond5 handshake with Nick Power

**Mike Pace** <mike@pond5.com>                                   Fri, May 29, 2015 at 1:51 PM
To: nick power <nickedpower@gmail.com>
Cc: Jared Van Fleet <jared@pond5.com>, David Paltiel <david-p@pond5.com>

Hi Nick,

Thanks for reaching out.

Just so I can direct this to the right people, can you give us a more clear idea of the issue before we hop on a call?

Thanks,
Mike

On Fri, May 29, 2015 at 1:26 PM, nick power <nickedpower@gmail.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

PON 000178

# EXHIBIT 5

  pond5

Mike Pace <mike@pond5.com>

## Re: Pond5 handshake with Nick Power

**nick power** <nickedpower@gmail.com>                       Fri, May 29, 2015 at 2:05 PM
To: Mike Pace <mike@pond5.com>

Mike,

My clients are professional original content producers of environmental sound recordings both with enormous catalogs which they have licensed commercially for years.

They have discovered thousands of their files offered for sale on Pond5.

We need Pond5 to: 1) locate their intellectual property that is illegally offered for sale on Pond5's site; 2) take immediate measures to prevent any further infringement; 3) identify the bootleggers;  4) compensating them for damage sustained, and 5) prove that adequate safeguards are in effect to prevent future infringement.

Best,

Nick

**Nicholas Power**

**Attorney at Law**
**540 Guard, Suite 150**
**Friday Harbor WA, 98250**
**office:  360-298-0464**

*This message is confidential, is protected by the attorney-client privilege and other privileges, and is intended for the exclusive use of the listed recipient(s).  If you have received this message in error, please so indicate in a reply message to the sender and delete the contents of this message.  Any reproduction, use, or retransmission of this message, other than as specified above, is prohibited.*

On Fri, May 29, 2015 at 10:51 AM, Mike Pace <mike@pond5.com> wrote:
> Hi Nick,
>
> Thanks for reaching out.
>
> Just so I can direct this to the right people, can you give us a more clear idea of the issue before we hop on a call?
>
> Thanks,
> Mike

On Fri, May 29, 2015 at 1:26 PM, nick power <nickedpower@gmail.com> wrote:
> Hi Mike,
>
> Thanks for reaching out to us and establishing contact.
>
> I would very much like to speak with you after I have had a better chance to review my clients' situation.
>
> Could we arrange a phone call in the latter part of next week or the early part of the week following?

PON 000179

# EXHIBIT 6



Mike Pace <mike@pond5.com>

## Re: Pond5 handshake with Nick Power

**Mike Pace** <mike@pond5.com>                                              Fri, May 29, 2015 at 4:28 PM
To: nick power <nickedpower@gmail.com>
Cc: David Paltiel <david-p@pond5.com>, Jared Van Fleet <jared@pond5.com>

Nick,

Thanks for this.

As I wrote in my initial email, we can immediately remove any potentially fraudulent content and take swift action to make things right once we know the tracks / contributors in question, which is information your clients will have to provide us. At the risk of stating the obvious, Pond5 cannot locate your clients' intellectual property without being informed as to what they claim is theirs.

I'll be out of the country at a trade show next Wednesday through the 9th, but would gladly set up a call towards the end of the second week in June, if that works for you.

Thanks and have a great weekend.
[Quoted text hidden]

PON 000183

# EXHIBIT 7

LAW OFFICE OF

# NICHOLAS E.D. POWER

540 GUARD STREET, SUITE 150
FRIDAY HARBOR, WA 98250

NICHOLAS POWER

DIRECT DIAL
(360) 298-0464

June 24, 2015

General Counsel
Pond5 Inc.
155 Wooster St. – 8th Floor
New York, NY 10012

**Re: *DMCA Notice of Infringement***                    **Via: Certified U.S. Mail**
***Audio Files of Gordon Hempton***

Dear General Counsel,

I represent Gordon Hempton d/b/a Quiet Planet LLC.   Since the early 1980's Mr. Hempton has traveled to all continents except Antarctica to record nature sounds and produce the highest quality binaural recordings in the industry.   He is the preeminent producer of environmental recordings and has been the subject of recognition including a feature length documentary film on his work entitled "Soundtracker: A Portrait of Gordon Hempton".

Mr. Hempton has accumulated a catalog of tens of thousands of nature recordings including SR 77-694 that, I understand through his insistence, became the first audio nature recording to be granted copyright protection.

He also has registered copyrights SR 117-450, SR 117-509, SR 117-510, SR 117-511, SR 117-512, SR 117-514, SR 122-807, SR 146-704, SR 146-695, SR 146-704, SR 148-597, SR 148-598, SR 148-599, SR 148-600, SR 148-600, SR 148-601, SR 148-602, SR 369-481, SR 372-701.

It has come to Mr. Hempton's attention that at least one (and very likely every) audio file from each of the above referenced registrations has been posted for sale on Pond5's website.  The prime culprit appears to be your user who is identified by the user name: Ckennedy342.  This user has uploaded thousands of files that are covered under above-referenced registrations.

As you undoubtedly know, Mr. Hempton's work is protected by the Copyright Act of the United States.

Your publication and/or sale of Mr. Hempton's work is not authorized.  Because of the scale of the infringement, the number of offerings of Pond5, and our limited

ability to search and sort material at Pond5, we request that you immediately take down all files offered by Ckennedy342 until it can be verified that he has the rights to any given file.

I declare under penalty of perjury under the laws of the United States that the information in this DMCA Notice is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is being infringed.

Please confirm in writing within ten days that you have taken action to comply with our demands.

Feel free to contact me if you have any questions. Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Mr. Hempton or any other affected party, all of which are expressly reserved.

Very truly yours,

LAW OFFICE OF NICHOLAS POWER

Nicholas E. D. Power

NEDP:

cc. Client

PON 000171

# EXHIBIT 8

11/19/2015                                    Pond5 Mail - Pond5 - DMCA Notice of Infringement

                                          Mike Pace <mike@pond5.com>

## Pond5 - DMCA Notice of Infringement

**Mike Pace** <mike@pond5.com>                          Tue, Jun 30, 2015 at 4:01 PM
To: nick power <nickedpower@gmail.com>
Cc: Jared Van Fleet <jared@pond5.com>

Hi Nick,

I received your letter regarding the DMCA infringement notice and we've taken action and removed all of user: Ckennedy342's tracks and blacklisted his account.

Thanks for making aware of the issue.

--

**Mike Pace**
Audio Development Manager

**mobile**: 1-917-306-1637
**skype**: mikeepace



PON 000184

# EXHIBIT 9

11/19/2015                                    Pond5 Mail - Pond5 - DMCA Notice of Infringement

 pond5                                                            Mike Pace <mike@pond5.com>

## Pond5 - DMCA Notice of Infringement

**nick power** <nickedpower@gmail.com>                                    Thu, Jul 2, 2015 at 2:23 PM
To: Mike Pace <mike@pond5.com>

Dear Mike,

Thank you for taking down Ckennedy342's postings.

Please find the attached copy of a letter to Pond5's General Counsel which I sent out via certified mail in today's
mail.

I appreciate your cooperation in this matter.

Regards,

Nick


**Nicholas Power**

**Attorney at Law**
**540 Guard, Suite 150**
**Friday Harbor WA, 98250**
**office:  360-298-0464**

*This message is confidential, is protected by the attorney-client privilege and other privileges, and is intended for the exclusive use of the listed*
*recipient(s).  If you have received this message in error, please so indicate in a reply message to the sender and delete the contents of this*
*message.  Any reproduction, use, or retransmission of this message, other than as specified above, is prohibited.*

[Quoted text hidden]

 **Hempton Preservation Letter.pdf**
128K