# EXHIBIT 1

 # Core Technology & Services Overview

## At-A-Glance

**With Audible Magic Technology:**

- Match unknown media content against known, registered media content
- Identify what is playing
- Identify media timeline location

**Audible Magic Hosted Identification Services Match Against:**

- Live television
- TV advertising
- Archived TV shows
- Motion Pictures
- Music
- Custom content

**Example Application Use Cases:**

- TV ad detection/Dynamic ad insertion
- Interactive TV & radio
- Copyright compliance
- Content licensing & reporting
- Content-triggered mobile apps
- Content monetization
- Audience measurement

For more information, please use the contact form on the web:

www.audiblemagic.com

Audible Magic Corporation
985 University Ave. #35
Los Gatos, CA 95032

Audible Magic EMEA
117 Waterloo Road
London SEI 8UI, UK

## Technology Overview

Analogous to the idea that human fingerprints can be measured to compactly and uniquely identify every person, Audible Magic pioneered processes that allow very small clips of audio to be measured for distinctive characteristics. These compact audio "fingerprint" measurements can be uniquely distinguished when compared to measurements taken from any other audio clip.

Audible Magic's patented technology is used to identify unknown media content when fingerprints of that content are matched against known fingerprints registered in an Audible Magic database. The process works for any form of audio content as well as for video content containing an audio track.



The same process is used for media identification as well as for synchronization with a media source. Thus, the technology can tell you what is playing, and it can also tell you where you are in the timeline of what's playing.

## Hosted Services

For over a decade, Audible Magic has been collecting and hosting known-content registries that today continue growing with an average of over 250,000 new title registrations per month. Fingerprint and metadata submissions to Audible Magic are now integrated into standard release workflows across most recognized international media companies, including major record labels, TV studios and motion picture studios. Audible Magic offers databases and hosted lookup services covering live television broadcasts, TV advertising, archived TV content, motion pictures and music. Audible Magic's hosted services are highly responsive and massively scalable. These services have been in full deployment for years and continue meeting or exceeding the demanding performance and service level requirements of the world's largest social media companies with hundreds of millions of users.

## About Audible Magic

Audible Magic is the trusted leader in automatic content recognition (ACR) fingerprinting technologies. The company holds 31 patents and offers a broad range of hosted solutions as well as hardware and software products that identify audio and video content, synchronize actions between media devices, trigger user interactivity, generate usage reporting and activate content monetization.

Audible Magic's customers and partners span technology, entertainment and media industries, and they include industry leaders such as Dailymotion, Deluxe, Ensequence, Intel, Sling Media, Sony Music and SoundCloud.

All information contained in this document is for informational purposes only and does not constitute an expressed or implied contract.