THE HONORABLE RONALD B. LEIGHTON

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| Gordon Hempton,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Pond5 , Inc., a Delaware Corporation; and Pond5 user ckennedy342, a corporation or individual of type unknown,<br><br>　　　　　　　　Defendants. | NO.  3:15-cv-05696-RBL<br><br>DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>May 20, 2016 |

Roger M. Townsend states:

I am an attorney licensed to practice before the courts of the State of Washington.  I represent Plaintiff Gordon Hempton.  I have personal knowledge of the facts stated herein and am competent to testify to these facts.

1.　　Attached hereto as **Exhibit 1** is a true and correct copy of the March 22, 2016 deposition of Pond5's 30(b)(6) representative Thomas Crary at pertinent pages.

2.　　Attached hereto as **Exhibit 2** is a true and correct copy of Pond5 seller FAQs, available at https://www.pond5.com/sell-stock-footage.

3.　　Attached hereto as **Exhibit 3** is a true and correct image taken from Pond5's homepage, available at https://www.pond5.com/.

4.　　Attached hereto as **Exhibit 4** is a true and correct copy of Pond5 Contributor Tips webpage, available at https://blog.pond5.com/5425-contributor-tips-what-to-create-this-month-and-what-to-

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT  - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1  avoid/?utm_medium=socialfree&utm_source=facebook&utm_campaign=contributor-
2  advice%20&utm_content=blog-post.

3      5.    Attached hereto as **Exhibit 5** is a true and correct copy of Pond 5 Content License
4  Agreement.

5      6.    Attached hereto as **Exhibit 6** is a true and correct copy of Pond5's Terms of Use.

6      7.    Attached hereto as **Exhibit 7** is a true and correct copy of list of payments from
7  Pond5 to ckennedy342.

8      8.    Attached hereto as **Exhibit 8 is** a true and correct copy of a Pond5 Product
9  Announcement from January 20, 2015.

10      9.    Attached hereto as **Exhibit 9** is a true and correct copy of a spreadsheet regarding
11  ckennedy342's activity and aliases compiled by Pond5 during its fraud investigation.

12      10.    Attached hereto as **Exhibit 10** is a true and correct copy of an internal Pond5
13  audit memo from April 23, 2015.

14      11.    Attached hereto as **Exhibit 11** is a true and correct copy of Pond5's Supplemental
15  Objections, Answers and Responses to Plaintiff's Interrogatory No. 3.

16      12.    Attached hereto as **Exhibit 12** is a true and correct copy of the June 24, 2015
17  letter from Plaintiff's counsel Nicholas Power to Pond5 Inc.'s general counsel.

18      13.    Attached hereto as **Exhibit 13** is a true and correct copy of the June 30, 2015
19  Email from Mike Pace to Plaintiff's counsel Nicholas Power.

20      14.    Attached hereto as **Exhibit 14** is a true and correct copy of Tom Crary's email to
21  Mr. Hempton dated October 16, 2015.

22      15.    Attached hereto as **Exhibit 15** is a true and correct copy of correspondence
23  between user "Wild Audio Production" and Pond5 in May 2014.

24      16.    Attached hereto as **Exhibit 16** is a true and correct copy of Pond5's pricing sheet.

25      17.    Attached hereto as **Exhibit 17** is a true and correct copy from Pond5's FAQ page
regarding why files get rejected.

DECLARATION OF ROGER M. TOWNSEND IN
SUPPORT OF OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT  - 2

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1    18.    Attached hereto as **Exhibit 18** is a true and correct copy of a receipt from a Pond5.com purchase.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 16th day of May, 2016 in Seattle, Washington.

                            BRESKIN JOHNSON & TOWNSEND, PLLC

By:    s/Roger M. Townsend
       Roger M. Townsend, WSBA # 25525
       1000 Second Avenue, Suite 3670
       Seattle, WA  98104
       Tel: 206-652-8660
       rtownsend@bjtlegal.com
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on May 16, 2016, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to all counsel

4  of record.

5
                                    */s/ Jamie Telegin*
6                                   Jamie Telegin, Legal Assistant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ROGER M. TOWNSEND IN
SUPPORT OF OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT  - 4

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660