EXHIBIT 4

**POND5** BLOG

Search the blog...

Home / Education

Contributor Tips , Trends

# Contributor Tips: What to Create This Month (and What to Avoid)

By Eliska Kubesova

Share　　Tweet　　1 COMMENTS

APRIL 20, 2016

Artists, are you looking for inspiration for your Pond5 portfolio? Do you feel like creating something new and different? Or are you just wondering what would make our curators happy? Read on to find out what kinds of content we're currently saturated with, and what we'd like to have more of in our collection.

## Video: Go Beyond the Ducks

Ducks in ponds are pretty to look at, easy to shoot, and found in abundance in our library. Unless you manage to capture something truly unique — a rare breed or an action that's interesting or funny — this type of footage isn't likely to stand out among all the other similar content we have. Because of that, we've decided to scale back on how many Donalds and Daffys we're adding to the collection.



Wild Ducks by Palomnik

We still love wildlife clips, but we encourage contributors to think strategically about the specific footage you're shooting. It's easy to go to the park and start filming — anyone can do it, so many, many people do. However, other varieties of birds are still highly sought-after, and we would love to see more of those.

Footage of birds of prey or woodland birds (and other wildlife) in their natural habitats is much rarer and highly encouraged. Here's an example of a European robin singing — both the image and the audio are very well captured, and it highlights unique behavior of a wild bird in its environment. This particular video has been very popular, and we would love to see more examples of footage like this from artists like you.



music. Try your hand at samba, bossa nova, sertanejo, pagode, tropicalia, and lambada. Experiment with lots of percussion and nylon-string guitars. Go for the gold!

**Get inspired by this tune:**

00:00                                                                                                                                          00:00

Viva Brazil by Porrazzo

Meanwhile, upbeat, poppy tracks featuring ukulele are a staple of advertising these days. So if you search on Pond5 for "ukulele" you'll be confronted with over 7,000 results, which is probably 6,990 more than you'll ever want to listen to. If you're absolutely dead-set on using your uke, try creating some authentic Hawaiian-style tunes to round out our portfolio. Throw some slack-key guitar on there, record it in a hammock, and make yourself a tropical drink!

**Listen to a great example:**

00:00                                                                                                                                          00:00

Waikiki Serenade by heaven

## After Effects: Keep an Eye on the Calendar

AE templates that animate 2D graphics into 3D are a great and easy way to improve your logos. But right now we already have 2,640 of these, so most of the styles and treatments are starting to turn

out similar. As a result, we've been stricter in curating these. They're still very much welcome, but try to step it a notch and show us something that's never been done yet.



00:00     00:34

[3D Glossy Logo on Textured Background](#) by [artdesign](#)

We rarely get templates focused on events, holidays, and seasonal themes, like Graduation, Ramadan, St. Patrick's Day, and Awards Ceremonies. In fact, we only have eight templates spotlighting the 4th of July so far! So if you're running out of ideas, take a look at your calendar, see which holidays are there, and create an AE template to go with it!



00:00  00:40



[Happy Young Woman With Shopping Bags](#) by [bluejeanimages](#)

Try heading to the nearest shop and capturing some images of real shopping. If you have a bunch of models, maybe they could be a family? They can choose the best product together, try on new shoes, or pay at the counter. These images will be super useful for e-shops and stores all over the world.

5/16/2016
Contributor Tips: What to Create This Month (and What to Avoid) | Pond5
Case 3:15-cv-05696-BJR Document 24-4 Filed 05/16/16 Page 7 of 9



Grocery Store Shopping by CBIProduction

## Illustrations: From Abstract to Concrete

Abstract backgrounds are popular, but also plentiful in our illustration collection — that's why we generally discourage artists from concentrating on this sort of artwork too much for their submissions. (We still appreciate a good one when we see it, though!) Modern geometric backgrounds with trendy color schemes like this one are still very much welcome:



[Abstract Geometric Background](#) by [Orkidia](#)

If you're building a portfolio of backgrounds, try dipping a toe into the creation of illustrated seamless patterns. They're amazingly flexible to use — a funky pattern can be the star of the show, or just a supportive element in someone's final design.



[Hand Drawn Baking Muffins Seamless Pattern](#) by [Depiano](#)

Stay tuned for more tips on what to (and not to) submit in the near future. In the meantime, have fun creating!

Top image: [Eastern Bluebirds](#) by [SteveByland](#)

TAGS: [CONTRIBUTORS](#), [ILLUSTRATIONS](#), [MOTION GRAPHICS](#), [MUSIC](#), [NATURE](#), [PHOTOGRAPHY](#), [TEMPLATES](#), [TIPS](#), [VIDEO](#)