EXHIBIT 7

PON 000144

## Payment

| sale % | ref buy | ref sell | How | Paypal | Moneybookers | CName | CCompany | CAddr1 | CAddr2 | CCity | CPostcode | CState | CCountry |
|--------|---------|----------|-----|--------|--------------|-------|----------|--------|--------|-------|-----------|--------|----------|
| 50% | 5% | 5% | Paypal | ckennedy342@hotmail.com | | | | | | | | | |

## Payment hist

| Objectid | Created_at | Receiver | Clip | Trans | Amount | Pay reason | Checksum |
|----------|------------|----------|------|-------|--------|-----------|----------|
| 3298433 | 2014-09-15 15:18:31 | ckennedy342 | - | - | $-95.50 | Payday Paypal | ok |
| 3398780 | 2014-10-15 23:05:47 | ckennedy342 | - | - | $-302.50 | Payday Paypal | ok |
| 3528637 | 2014-11-16 17:05:11 | ckennedy342 | - | - | $-432.50 | Payday Paypal | ok |
| 3624392 | 2014-12-15 22:66:06 | ckennedy342 | - | - | $-322.00 | Payday Paypal | ok |
| 3709686 | 2015-01-16 14:07:58 | ckennedy342 | - | - | $-204.50 | Payday Paypal | ok |
| 3800271 | 2015-02-15 19:41:13 | ckennedy342 | - | - | $-502.25 | Payday Paypal | ok |
| 3940806 | 2015-03-16 01:02:16 | ckennedy342 | - | - | $-478.25 | Payday Paypal | ok |
| 4042873 | 2015-04-15 23:03:36 | ckennedy342 | - | - | $-494.50 | Payday Paypal | ok |
| 4164914 | 2015-05-15 13:59:53 | ckennedy342 | - | - | $-538.75 | Payday Paypal | ok |
| 4277838 | 2015-06-15 13:46:13 | ckennedy342 | - | - | $-486.25 | Payday Paypal | ok |