# EXHIBIT 9

**User: ckennedy342**

| | | |
|---|---|---:|
| Tab 3 | # of clips online | 10,242 |
| Tab 2 | # of clips with items sold | 876 |
| Tab 2 (yellow highlights) | # of clips (nature themed) with items sold | 190 |
| Tab 2 (yellow highlights - sum of column F) | Total # of item sales (nature themed) - including multiple times sold | 298 |
| Tab 2 (yellow highlights - sum of column D) | $ gross value of clips sold (nature themed) | $ 2,125 |
| Tab 2 (yellow highlights - sum of column E) | $ P5 share of clips sold (nature themed) | $ 1,063 |

## User data 

**UserID:** 554434
**Username:** ckennedy342
**Name:** Chris Kennedy
**Company:** SFX Factory (Quiet Planet, Funk/Soul)
**Email:** ckennedy342@hotmail.com
**User level:** 3
**Where:** Quebec, Quebec, Canada
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2014-08-26 20:07
**Latest login:** -
**Latest remote addr:**
**Latest cookie_id:**
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

## Last 10 in login history

| Id | Become | Created | Updated | Remote addr |
|---|---|---|---|---|
| 5299330 | - | 2015-03-27 01:33 | 2015-03-29 05:06 | 199.115.115.213 (US / USA) |
| 4636908 | - | 2014-11-27 14:15 | 2014-11-27 14:15 | 207.244.82.227 (US / USA) |
| 4430824 | - | 2014-10-13 06:56 | 2014-10-15 21:05 | 207.244.77.23 (US / USA) |
| 4402006 | - | 2014-10-06 01:22 | 2014-10-06 01:22 | 39.48.60.242 (PK / PAK) |
| 4351824 | - | 2014-09-22 10:50 | 2014-09-27 06:20 | 207.244.78.9 (US / USA) |
| 4323427 | - | 2014-09-14 06:27 | 2015-04-01 11:07 | 199.115.116.37 (US / USA) |
| 4264252 | - | 2014-08-28 22:06 | 2014-09-15 06:09 | 199.115.114.220 (US / USA) |
| 4254794 | - | 2014-08-26 20:11 | 2015-03-12 21:33 | 39.48.201.80 (PK / PAK) |
| 4254786 | - | 2014-08-26 20:09 | 2014-08-26 20:09 | 39.48.201.80 (PK / PAK) |
| 4254784 | - | 2014-08-26 20:09 | 2014-08-26 20:09 | 39.48.201.80 (PK / PAK) |

**Other alias:**



| username | fraud | user_level |
|---|---|---|
| HassanKhan | 98 | 3 |
| WildAudioProductions | 98 | 3 |
| ckennedy342 | 98 | 3 |

**IP Hunt** | Cookie Hunt | Fingerprint Hunt

## Find users of IP

IP starts with  [          ]   HUNT THEM DOWN!

Syntax: 127.0.0.1 or 7f000000

| l_objectid | l_created_at | l_remote_addr | cookie_id | pu_username | pu_email | paid_how | pp_email | mb_email |
|---|---|---|---|---|---|---|---|---|
| 5929055 | 2015-07-22 | 27307f16:baf0 | 44a0e3e2X273fa2e | hkhan94 | hkmusicproduction@gmail.com | Paypal | hkmusicproduction@gmail.com | |
| 5929094 | 2015-07-22 | 27307f16:8a92 | 51865ee7X591ecf8 | HassanKhan | hassan_royals@ymail.com | Paypal | hassan_royals@ymail.com | hassan_royals@ymail.com |
| 5929114 | 2015-07-22 | 27307f16:9dc5 | 44a0e3e2X273fa2e | hkhan94 | hkmusicproduction@gmail.com | Paypal | hkmusicproduction@gmail.com | |

## User data

**UserID:** 338667
**Username:** HassanKhan
**Name:** Hassan Khan
**Company:** Hassan Khan Music Production
**Email:** hassan_royals@ymail.com
**User level:** 3
**Where:** Karachi, , Pakistan
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2013-03-27 22:31
**Latest login:** 2015-07-22 20:58
**Latest remote addr:** 39.48.127.22 (PK / PAK)
**Latest cookie_id:** 51865ee7X591ecf8
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

**License/Billing**
Hassan Khan Music Production
Hassan Khan
136/4 Sector 16/A
75850 Karachi
Sindh IN

Phone:923422309842



**User data**

**UserID:** 439423
**Username:** WildAudioProductions
**Name:** Wild Audio Productions
**Company:** Wild Audio Productions
**Email:** wildaudioproductions@gmail.com
**User level:** 3
**Where:** Karachi, , Pakistan
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2013-12-05 11:10
**Latest login:** -
**Latest remote addr:**
**Latest cookie_id:**
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

**License/Billing**
Wild Audio Productions
Wild Audio Productions

PK

Phone:

**User data**

**UserID:** 720354
**Username:** hkhan94
**Name:** Hassan Khan
**Company:**
**Email:** hkmusicproduction@gmail.com
**User level:** 2
**Where:** Karachi, Sindh, Pakistan
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2015-07-22 20:51
**Latest login:** 2015-08-07 20:30
**Latest remote addr:** 39.48.7.48 (PK / PAK)
**Latest cookie_id:** 44a0e3e2X273fa2e
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

**Web Links - Possible Fraudster ID (linked via IP address / Cookie ID):**





