# EXHIBIT 13

---------- Forwarded message ----------
From: **nick power** <nickedpower@gmail.com>
Date: Thu, Jul 2, 2015 at 2:23 PM
Subject: Re: Pond5 - DMCA Notice of Infringement
To: Mike Pace <mike@pond5.com>

Dear Mike,

Thank you for taking down Ckennedy342's postings.

Please find the attached copy of a letter to Pond5's General Counsel which I sent out via certified mail in today's mail.

I appreciate your cooperation in this matter.

Regards,

Nick



Nicholas Power

Attorney at Law
540 Guard, Suite 150
Friday Harbor WA, 98250
office: 360-298-0464

*This message is confidential, is protected by the attorney-client privilege and other privileges, and is intended for the exclusive use of the listed recipient(s). If you have received this message in error, please so indicate in a reply message to the sender and delete the contents of this message. Any reproduction, use, or retransmission of this message, other than as specified above, is prohibited.*


On Tue, Jun 30, 2015 at 1:01 PM, Mike Pace <mike@pond5.com> wrote:
Hi Nick,

I received your letter regarding the DMCA infringement notice and we've taken action and removed all of user: Ckennedy342's tracks and blacklisted his account.

Thanks for making aware of the issue.


--

**Mike Pace**
Audio Development Manager

**mobile**: 1-917-306-1637
**skype**: mikeepace