# EXHIBIT 15

# #27234 Wild Audio Productions

| Submitted | Received via | Requester |
|---|---|---|
| May 5, 2014, 1:42 PM | Mail | Wild Audio Productions <wildaudioproductions@gmail.com> |

**CCs**

Belle Pond5 <belle@pond5.com>, Mike Pace <mike@pond5.com>

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | Low | Customer Care & Support | rmarma |

| Ticket channel | Label | Issue Type |
|---|---|---|
| Email | Seller Issues | Seller – Is A Fraudster |

**Wild Audio Productions** May 5, 2014, 1:42 PM

Hello,
Dear Support,

Why my all content is offline since 2 days, and there are still some pending reviews of our clips.

Looking forward to hear you.

Thanks,
Have a nice day.
Wild Audio Productions

**Viri** May 5, 2014, 5:09 PM — Internal note

I believe this is your specialty :)

**rmarma** May 6, 2014, 9:36 AM

Hi there,

Your account was used to upload fraudulent content and has been disabled. If you feel this has been done in error, please forward us **2 scanned copies of photo ID**, along with proof that these clips were created completely by you:

*Volcano eruption (33623457)*

*Elephant trumpets, growls*

*Lions - pride and screams (33605260)*

*1924 Ford Stake Bed Truck Door Open Close 01 (33832348)*

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on

Exhibit 7
Witness Crary
Date 3/22/16
Buell Realtime Reporting
(206) 287-9066

your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** May 6, 2014, 10:52 AM

Hello Lizzie,
Thank you for responding.

What kind of photo ID do you need?

Thanks,
Have a nice day.
Wild Audio Productions

---

**rmarma** May 6, 2014, 11:01 AM

Hi there,

Photographic ID- passport, drivers license.

Thanks in advance!

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** May 6, 2014, 11:50 AM

Dear Lizzie,

I will confirm regarding those files to our content providers,

Can you please let me know that what makes you think that this content is fraudulent, and why the ID is necessary?

Thanks,
Have a nice day.
Wild Audio Productions

---

**Wild Audio Productions** May 6, 2014, 3:08 PM

Dear Lizzie,

I will confirm regarding those files to our content providers,

Can you please let me know that what makes you think that this content is fraudulent, and why the ID is necessary?

Thanks,
Have a nice day.
Wild Audio Productions

> Dear Lizzie,
>
> I will confirm regarding those files to our content providers,
>
> Can you please let me know that what makes you think that this content is
> fraudulent, and why the ID is necessary?
>
>
>
> Thanks,
> Have a nice day.
> Wild Audio Productions
>
>
> On Tue, May 6, 2014 at 8:01 PM, Lizzie <contact@pond5.com> wrote:
>
>>

---

**rmarma** May 7, 2014, 8:48 AM

Hi there,

During our curation process, a number of your files were flagged as suspicious, and therefore we have taken your profile down until further notice.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

```
[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)
[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)
```
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** May 7, 2014, 12:38 PM

Dear Lizzie,
Thank you for your reply.

Please let me know that what make these file suspicious? Are they low in quality or any other issue.

Apologize for too many questions but they are necessary.
Thank you for an understanding.

Thanks,
Have a nice day.
Wild Audio Productions

---

**rmarma** May 7, 2014, 4:54 PM

Hi there,

Sorr, but no more information will be disclosed until you have provided the information we have requested.

Until that time, your account will be closed and your balance forfeited.

Kindly provide us with the information or we will completely close your account.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** May 7, 2014, 5:26 PM

Hi Lizzie,
Thank you for your answer.

We'll investigate this to our content providers and let you know about with in a day or so.

Thanks,
Have a nice day.
Wild Audio Productions

---

**Wild Audio Productions** May 8, 2014, 7:53 AM

Hey Lizzie,

What kind of proof can be acceptable regarding those clips?

Thanks,
Have a nice day.
Wild Audio Productions

> Hi Lizzie,
> Thank you for your answer.
>
> We'll investigate this to our content providers and let you know about
> with in a day or so.
>
>
> Thanks,

> Have a nice day.
> Wild Audio Productions
>
>
> On Thu, May 8, 2014 at 1:54 AM, Lizzie <contact@pond5.com> wrote:
>
>>

---

**rmarma** May 8, 2014, 7:58 AM Internal note

Hey guys- what proof can we ask for? We can get information from original files right?

---

**rmarma** May 8, 2014, 10:56 AM

Hi ,

The original clips, completely unedited, with all data in tact, will be sufficient proof,

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** May 9, 2014, 4:22 PM

Hello Lizzie.

Here are the listing and originals of files.
https://www.dropbox.com/s/082mrbfq5fahw6i/Data.zip

Looking forward to hear you.

Thanks,
Have a nice day.
Wild Audio Productions

---

**rmarma** May 11, 2014, 5:32 AM Internal note

Hey Mike, could you take a look at these please? Still no forms of ID. *sigh*

---

**Mike Pace** May 12, 2014, 9:33 AM Internal note

Hey guys,

Unfortunately there's not a whole lot I can determine from these. The sound quality is awful and it's very likely that he just edited together a bunch of sounds to create one long clip. These are definitely not the "raw" recordings, that's for sure.

We can always nail him on the ID thing as well as his multiple "unauthorized" music clips.

-Mike

**rmarma** May 12, 2014, 9:47 AM Internal note

Thanks Mike, I'll take this guy up with Belle- he's out!

**Wild Audio Productions** May 13, 2014, 1:14 AM

Hello Lizzie,
Good Afternoon.

Here is the new download link for the files.

https://www.dropbox.com/s/082mrbfq5fahw6i/Data.zip

There are noticeable glitch on some files and regarding this issue, the Content provider said that some of the recordings are defected because of some error on the field recorder and they mixed up all the defected files along with the upload queue folder by mistake and provide all of them to us for upload.

We'll look forward to hear from you.

Thanks,
Have a nice day.
Wild Audio Productions

> Hello Lizzie.
>
> Here are the listing and originals of files.
> https://www.dropbox.com/s/082mrbfq5fahw6i/Data.zip
>
>
> Looking forward to hear you.
>
>
> Thanks,
> Have a nice day.
> Wild Audio Productions
>
>
> On Thu, May 8, 2014 at 7:56 PM, Lizzie <contact@pond5.com> wrote:
>
>>

**rmarma** May 13, 2014, 5:51 AM

Hi there,

Thank you for the files, however we still need 2 forms of ID before we can process your request.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be

relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

```
[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)
[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)
```
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

**rmarma** May 15, 2014, 10:00 AM Internal note

This guy is out- refer to confirmed fraudsters document for details.

Support Software by **Zendesk**

# #28687 Re: [Pond5 Team] Re: Wild Audio Productions

| Submitted | Received via | Requester |
|---|---|---|
| May 21, 2014, 3:14 AM | Closed Ticket | Wild Audio Productions <wildaudioproductions@gmail.com> |

**CCs**

Belle Pond5 <belle@pond5.com>, Mike Pace <mike@pond5.com>

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | Low | Customer Care & Support | rmarma |

| Ticket channel | Label | Issue Type |
|---|---|---|
| Email | Seller Issues | Seller – Is A Fraudster |

**Wild Audio Productions** May 21, 2014, 3:14 AM

This is a follow-up to your previous request #27234 "Wild Audio Productions"

Hello,

Dear Pond5,
It has been passed one week but we didn't got any response.
Please kindly let us know when our content will be online.

Thanks,
Have a nice day.
Wild Audio Productions

> Hello Lizzie,
> Good Afternoon.
>
> Here is the new download link for the files.
>
> https://www.dropbox.com/s/082mrbfq5fahw6i/Data.zip
>
> There are noticeable glitch on some files and regarding this issue, the
> Content provider said that some of the recordings are defected because of
> some error on the field recorder and they mixed up all the defected files
> along with the upload queue folder by mistake and provide all of them to us
> for upload.
>
> We'll look forward to hear from you.
>
>
> Thanks,
> Have a nice day.
> Wild Audio Productions
>
>
> On Sat, May 10, 2014 at 1:21 AM, Wild Audio Productions <
> wildaudioproductions@gmail.com> wrote:
>
>> Hello Lizzie.
>>

>> Here are the listing and originals of files.
>> https://www.dropbox.com/s/082mrbfq5fahw6i/Data.zip
>>
>>
>> Looking forward to hear you.
>>
>>
>> Thanks,
>> Have a nice day.
>> Wild Audio Productions
>>
>>
>> On Thu, May 8, 2014 at 7:56 PM, Lizzie <contact@pond5.com> wrote:
>>
>>>

---

**rmarma** May 21, 2014, 8:19 AM

Hello,

We sent an email a week ago requesting 2 forms of ID. Only then will your profile be assessed.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/?utm_source=email&utm_medium=footer&utm_campaign=Customer%20Service)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

Support Software by **Zendesk**

#  #29043 Re: Wild Audio Productions

**Submitted**
May 25, 2014, 12:21 PM

**Received via**
Closed Ticket

**Requester**
Wild Audio Productions <wildaudioproductions@gmail.com>

**CCs**
Belle Pond5 <belle@pond5.com>, Mike Pace <mike@pond5.com>, rmarma <rachel@pond5.com>, Tom Bennett <tom@pond5.com>

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | Low | Customer Care & Support | Belle Pond5 |

| Ticket channel | Label | Issue Type |
|---|---|---|
| Email | Seller Issues | Seller – Is A Fraudster |

**Wild Audio Productions** May 25, 2014, 12:21 PM

This is a follow-up to your previous request #27234 "Wild Audio Productions"

Dear Pond5
Please kindly let us know if you guys need anything regarding the content and inform us regarding our content being online.

We hardly appologize if you think there was unappropriate and unfair means from our side.

Looking forward to hear you.

Thanks
Have a nice day.
Wild Audio Productions

**rmarma** May 25, 2014, 1:33 PM

Hello,

We sent an email a while ago requesting 2 forms of ID. Only then will your profile be assessed.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

**Wild Audio Productions** May 29, 2014, 8:32 AM

Hello,

Dear Pond5,

Sorry, we've forgot to send the IDs before.

Here is the link for the ID including the signed content provider agreement of the owner of that Content.
https://www.dropbox.com/s/ex6twipbsq4c6mp/Documents.zip

Looking forward to hear you.

Thanks,
Have a nice day.
Wild Audio Productions

---

**rmarma** May 29, 2014, 9:05 AM Internal note

Belle? Mike? Your thoughts?

---

**Mike Pace** May 29, 2014, 9:27 AM Internal note

Hey guys,

I'm still uneasy on him - based out of Pakistan but no web presence yet a HUGE library of worldwide files, doctored "raw" files that he tried to pass off as originals, and in the case of his volcano sound effects, ripping off other collections. I vote no.

-Mike

---

**rmarma** May 29, 2014, 9:29 AM Internal note

I vote no also. For a "production company" he's very disorganised.

---

**Wild Audio Productions** June 4, 2014, 8:48 AM

Hello,
Dear Pond5,
Please let us know if you need anything regarding our account and provide us the status of our account.

Thanks,
Have a nice day.
Wild Audio Production

> Hello,
>
> Dear Pond5,
>
> Sorry, we've forgot to send the IDs before.
>
> Here is the link for the ID including the signed content provider
> agreement of the owner of that Content.
> https://www.dropbox.com/s/ex6twipbsq4c6mp/Documents.zip
>

> Looking forward to hear you.
>
>
> Thanks,
> Have a nice day.
> Wild Audio Productions

---

**Wild Audio Productions** June 6, 2014, 5:04 PM

Dear Pond5,

When we are suppose to receive a response from you?

Thanks,
Have a nice day.
Wild Audio Productions

> Hello,
> Dear Pond5,
> Please let us know if you need anything regarding our account and provide
> us the status of our account.
>
> Thanks,
> Have a nice day.
> Wild Audio Production
>
>
> On Thursday, May 29, 2014, Wild Audio Productions <
> wildaudioproductions@gmail.com> wrote:
>
>> Hello,
>>
>> Dear Pond5,
>>
>> Sorry, we've forgot to send the IDs before.
>>
>> Here is the link for the ID including the signed content provider
>> agreement of the owner of that Content.
>> https://www.dropbox.com/s/ex6twipbsq4c6mp/Documents.zip
>>
>> Looking forward to hear you.
>>
>>
>> Thanks,
>> Have a nice day.
>> Wild Audio Productions
>>
>>
>> On Sun, May 25, 2014 at 10:33 PM, Lizzie <contact@pond5.com> wrote:
>>
>>

---

**rmarma** June 8, 2014, 7:49 AM Internal note

Belle, please can you review this? Mike and I both vote no... (letting the user sweat a bit)

---

**Wild Audio Productions** June 10, 2014, 3:48 PM

Dear Lizzie,

Please kindly inform us regarding our Pond5 account.
Also let us know if you need any other information.

Looking forward to hear you.

Thanks,
Have a nice day.
Wild Audio Productions

> Dear Pond5,
>
> When we are suppose to receive a response from you?
>
>
> Thanks,
> Have a nice day.
> Wild Audio Productions
>
>
> On Wed, Jun 4, 2014 at 5:48 PM, Wild Audio Productions <
> wildaudioproductions@gmail.com> wrote:
>
>> Hello,
>> Dear Pond5,
>> Please let us know if you need anything regarding our account and provide
>> us the status of our account.
>>
>> Thanks,
>> Have a nice day.
>> Wild Audio Production
>>
>>
>> On Thursday, May 29, 2014, Wild Audio Productions <
>> wildaudioproductions@gmail.com> wrote:
>>
>>> Hello,
>>>
>>> Dear Pond5,
>>>
>>> Sorry, we've forgot to send the IDs before.
>>>
>>> Here is the link for the ID including the signed content provider
>>> agreement of the owner of that Content.
>>> https://www.dropbox.com/s/ex6twipbsq4c6mp/Documents.zip
>>>
>>> Looking forward to hear you.
>>>
>>>
>>> Thanks,
>>> Have a nice day.
>>> Wild Audio Productions
>>>
>>>
>>> On Sun, May 25, 2014 at 10:33 PM, Lizzie <contact@pond5.com> wrote:
>>>
>>>

**Belle Pond5** June 13, 2014, 7:34 PM Internal note

Request #30835 "Contributor's Account" was closed and merged into this request:

Dear Pond5 Crew,
My Account's content has been offline for more then a month, and we already provided all the proof that you requested us for.

Now please kindly let us know if you need something more and could you inform us that how much time does it gonna take to process for reviewing and having the content back online? Looking forward to hear you.

**Belle Pond5** June 19, 2014, 7:52 PM Internal note

Request #31516 "Account" was closed and merged into this request.

Dear Pond5
Why aren't you not responding us? We've been waiting for the response since a month. Kindly please provide us details whether you will online our content or not? Waiting for the reply

**Belle Pond5** June 19, 2014, 8:23 PM Internal note

Lizzie - Please let him know that upon further review, he is not allowed on our site...

*"Thanks for your patience. Upon further review, we have found matches of your uploads belonging to other artists. All content you upload needs to be your own work. As stated in the Contributor Agreement (http://www.pond5.com/legal/contributor), your account has been deactivated and your portfolio has been removed from our site for uploading media that is not yours. As a result, you have forfeited your balance. You are no longer allowed on our site."*

[6/19/14, 7:04:49 PM] Tom: i took a look -- pakistani ids, and he also has an agreement between him and another provider
[6/19/14, 7:05:17 PM] Tom: if it is confirmed that he uploaded the exact same file as elvele, then let's shut him down and call it a day
Uploaded identical "volcano eruption" sound effect (33623457) as Elvele (846362). Found by Ryan, taken offline by Mike 4/29/14

**Wild Audio Productions** June 20, 2014, 3:15 AM

Why the crew isn't responding us for the request #29043 ?

Awaiting for the response.

Thanks,
Have a nice day.
Wild Audio Productions

**rmarma** June 22, 2014, 1:28 PM

Hello,

Thank you for your patience. Upon further review, we have found matches of your uploads belonging to other artists. All content you upload needs to be your own work. As stated in the Contributor Agreement (http://www.pond5.com/legal/contributor), your account has been deactivated and your portfolio has been removed from our site for uploading media that is not yours. As a result, you have forfeited your balance. You are no longer allowed on our site.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** June 24, 2014, 8:59 AM

Dear Liz,
We have our content waiting for the answer.
Kindly bring back the content online and let us know if you need anything.
Awaiting for the response asap.

---

**rmarma** June 24, 2014, 10:06 AM

Hello,

We have sent you this email on a number of occasions.

Upon further review, we have found matches of your uploads belonging to other artists. All content you upload needs to be your own work. As stated in the Contributor Agreement (http://www.pond5.com/legal/contributor), your account has been deactivated and your portfolio has been removed from our site for uploading media that is not yours. As a result, you have forfeited your balance. You are no longer allowed on our site.

**Lizzie**
Customer Service

*Any views expressed by a Pond5 customer service representative are not meant to be and should not be relied upon as legal or tax advice. Pond5 cannot and does not provide such advice. You should always consult an attorney for legal advice regarding our legal agreements and your use of any content based on your particular facts and circumstances.*

`[![Pond5](http://i.imgur.com/iCG35YA.png)](http://www.pond5.com/)`
`[![Find Quick Answers At Our Help Center](http://i.imgur.com/pAyRSdl.png)](http://help.pond5.com/hc/)`
Email: **support@pond5.com**
Phone: **+1 646 233 2155**

---

**Wild Audio Productions** June 28, 2014, 6:34 AM

Dear Lizzie,

We already sent out the signed Content Provider agreement from which the matched content is provided to us from that person.

We also been a victim for this.

Well, We are immediately terminate their contract, please kindly give us one more chance, We'll find out and remove all of their content.

Looking forward to hear you.

**rmarma** June 29, 2014, 4:46 PM Internal note

Hi Belle- help me out?

**Belle Pond5** July 1, 2014, 11:44 PM

Hi Hassan,

We have reviewed the information you have provided, and re-reviewed the content you uploaded with us. Those files keep showing matches of other pieces. As stated in the Contributor Agreement, *all* content you upload needs to be all your own work. You can only sell media that you own copyrights to. This was a very tough decision, but because of these findings, we cannot allow you to sell your files on our site.

Thank you for understanding,

**Belle**
Administrative & Customer Relations

find quick answers at our
help center

Email: support@pond5.com
Phone: **+1 646 233 2155**

**Wild Audio Productions** July 2, 2014, 10:48 AM

If you give us one more chance, We will remove all the content that provided us from our contracted Content Provider and allow and upload only the files that are originally from us.

**Wild Audio Productions** July 3, 2014, 1:56 PM

If you are not allowing us to sell our files, then we would only insist you for not forfeiting our balance and kindly pay it to us.

**Wild Audio Productions** July 9, 2014, 10:47 AM

We'll looking forward to hear you.

**Belle Pond5** July 10, 2014, 1:30 AM

Hi Hassan,

Due to your files being fraudulent, as per the Contributor Agreement, you have forfeited your balance.

All the best,

**Belle**
Administrative & Customer Relations

find quick answers at our
help center

Email: support@pond5.com
Phone: **+1 646 233 2155**

**Wild Audio Productions** July 11, 2014, 4:20 PM

Actually we also are victim of fraud from our content provider, those files are provided to us from content provider as you can read the content provider agreement that we already sent to you.
And that's we are apologizing a lot on behalf for what our content provider's done.

Support Software by **Zendesk**

# #30835 Contributor's Account

**Submitted** June 13, 2014, 5:08 PM

**Received via** Web Form

**Requester**
Wild Audio Productions <wildaudioproductions@gmail.com>

**CCs**
Belle Pond5 <belle@pond5.com>, Mike Pace <mike@pond5.com>

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Phone Support | rmarma |

| Ticket channel | Pond5 Username |
|---|---|
| Web form | WildAudioProductions |

**Wild Audio Productions** June 13, 2014, 5:03 PM

Dear Pond5 Crew,
My Account's content has been offline for more then a month, and we already provided all the proof that you requested us for.

Now please kindly let us know if you need something more and could you inform us that how much time does it gonna take to process for reviewing and having the content back online?

Looking forward to hear you.

**Viri** June 13, 2014, 6:08 PM — Internal note

Follow up on Request Ticket #29043

**Mike Pace** June 13, 2014, 6:27 PM — Internal note

FYI, this guy is a fraudster. Rachel and I are just waiting for word from Belle before he gets the heave-ho.

**Belle Pond5** June 13, 2014, 7:34 PM

This request was closed and merged into request #29043 "Re: Wild Audio Productions".

Support Software by **Zendesk**

# #31516 Account

**Submitted**
June 19, 2014, 1:57 PM

**Received via**
Web Form

**Requester**
Wild Audio Productions <wildaudioproductions@gmail.com>

| Status | Priority | Group | Assignee |
|---|---|---|---|
| Closed | - | Customer Care & Support | Belle Pond5 |

| Ticket channel | Pond5 Username |
|---|---|
| Web form | WildAudioProductions |

**Wild Audio Productions** June 19, 2014, 4:18 AM

Dear Pond5

Why aren't you not responding us?

We've been waiting for the response since a month.

Kindly please provide us details whether you will online our content or not?

Waiting for the reply

**Belle Pond5** June 19, 2014, 7:52 PM

This request was closed and merged into request #29043 "Re: Wild Audio Productions".

Support Software by **Zendesk**