# EXHIBIT 16

How Do I Use CSV Files to Add Metadata in Bulk?

How Do I Price My Files?

| Media | Minimum Price |
|---|---|
| 4K+ UltraHD | $30 |
| r3d | $30 |
| SD/HD Video | $10 |
| <640x480 Video | $5 |
| Music | $15 |
| Sound Effects | $2 |
| Images | $5* (highest resolution) |
| After Effects | $5 |
| 3D Projects | $5 |

**Maximum Price: $9,999**

If you'd like us to price your files for you, click on the "**set the price for me**" checkbox, and the curator will set a price that they think is likely to maximize