# EXHIBIT 18

# Your Receipt from Pond5.com

**Billed to:** ▮▮▮▮
▮▮▮▮ Seattle | United States

**Licensed to:** ▮▮▮▮
▮▮▮▮ Seattle | United States

## Order details:

| Transaction ID: | Username: | Transaction Date: | Order Total: | Paid with: |
|---|---|---|---|---|
| 1946883 | endorphin | 2015-11-18 | $3.00 | Visa |

## Your Purchase:

Item: 36367648

Format: Sound effect    $3.00

Title: Dathrex Environment Series - Rainforest

Subtotal: $3.00

Total: $3.00

This order is subject to the Pond5 Royalty-Free License Agreement effective when the order was placed.

US Tax ID: 26-1575318