# EXHIBIT 5

**BRESKIN | JOHNSON | TOWNSEND** PLLC

August 17, 2016

**SENT VIA MESSENGER**

Curt Feig
Larry Altenbrun
Nicoll Black & Feig PLLC
1325 4TH Ave. Suite 1650
Seattle, WA 98101

    Re:    *Hempton v. Pond5, Inc. et al*; Docs Produced

Dear Mr. Feig,

Attached to this letter, please find a USB disk containing Plaintiff's second document production (Quiet Planet Library). The production consists of copyrighted source audio belonging to our client, Mr. Hempton.

If you have any questions, feel free to contact me at chris@bjtelgal.com or 206 652-8660.

                              Sincerely,

                              BRESKIN JOHNSON & TOWNSEND PLLC

                              Chris Cunningham
                              Legal Assistant

Enclosures (USB disk)