# EXHIBIT 6

| | |
|---|---|
| From: | Larry Altenbrun |
| To: | nick_power_(nickedpower@gmail.com); Cindy Heidelberg |
| Cc: | Roger Townsend; Curt Feig; Jeanette Hendricks |
| Subject: | Pond5: Metadata |
| Date: | Tuesday, August 02, 2016 1:19:06 PM |
| Attachments: | PON_000539_(00138847).CSV |

Dear Cindy & Nick:

Attached is PON 00539. This spreadsheet contains metadata that Pond5 was able to extract from the AWS servers where ckennedy342's uploads are maintained. To the best of our knowledge, the metadata in this spreadsheet, along with any metadata contained in the audio files previously produced, represents all of the metadata in Pond5's possession with respect to all files uploaded by ckennedy342. If you have any questions, or believe that there is additional information that you are entitled to, please let me know. This spreadsheet is being produced in order to meet our discovery obligations and to avoid discovery disputes. Pond5 does not waive and expressly preserves its rights under the work product doctrine.

Best Regards,

**Larry E. Altenbrun**
**Nicoll Black & Feig PLLC**
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
P: 206-838-7541
C: 206-920-5369
F: 206-838-7515

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. If the reader or recipient of this communication is not the intended recipient  or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner.