EXHIBIT 7

# MULTI USER LICENSE AGREEMENT

This Agreement is between ████████ ██, (hereafter referred to as *Client*), and Quiet Planet, LLC, (hereafter referred to as *Licensor*), for the purposes of making *Licensor's* products available for limited use by *Eligible Users* in *Client's* products from the defined *Site* located at ████ ██████████ ████████ ██ ██.

*Client* is acquiring a limited *Site* license to use copyrighted audio files from *Licensor* and to make these files available to *Eligible Users* under the terms of this agreement. The rights associated with this license are available only to *Client* and its *Eligible Users*. These rights are not transferable or assignable without the express written agreement of the *Licensor* except as described below.

## Eligible Users

*Eligible Users* are employees of the *Client* and sound designers working under written contract with *Client* accessing *Licensor's* products from the defined *Site*. In the event that an *Eligible User* is no longer employed by *Client* or under written contract by *Client*, all *Licensed Products* obtained under this agreement, including any incomplete product which in any way uses a *Licensed Product*, must be deleted from the formerly Eligible User's hard drives and any other storage media, physical or otherwise or any other copies no matter how stored. Copies, in whole or in part, may not be retained by persons who no longer qualify as *Eligible Users* under this license. For the sake of clarity: The *Client* may add *Eligible Users* during the *Term* of this *agreement* without increase in *Fee* so long as all *Eligible Users* access *Licensors Content* from the defined *Site* licensed by this agreement.

## Limited Use

*Licensor* is granting a worldwide right and license to *Client* and its *Eligible Users* to use, reproduce, broadcast, transmit, and distribute all or a portion of the *Licensed Products* without further payment (royalty free) in *Client's* products for the term of this agreement. The *Licensed Products* may be reproduced by *Client* and its *Eligible Users* provided that product contains an additional element: i.e. voice, music, image, etc. Examples of allowed uses are inclusion in radio programs, podcasts, mobile apps, television broadcasts, film soundtrack, music albums, PowerPoint presentations, websites, advertising, multi-media presentations, video games and other similar products.

## Sustained Use

All *Client* products that are completed during the term of this agreement which use *Licensed Products* may continue to use, reproduce, broadcast, transmit, and distribute files derived from *Licensed Products* without further payment (royalty free) after the term of this agreement. For avoidance of doubt, *Client* products includes but is not limited to *Client's* sound library which contains modified versions (i.e. versions that contain an additional element as specified above) of the *Licensed Products* which are incorporated within *Client* produced games and other similar products.

## Prohibited Uses

The individual audio files contained in *Licensed Products* and licensed under this agreement, may not be used in products that are not produced by *Client*. The Client is also prohibited from using *Licensed Products* in any product that is *substantially* nature audio and therefore would compete with other present and future Quiet Planet LLC products. *Substantially*, for the purposes of this agreement, is defined as containing pure nature sounds (without voice, music, human or machine sounds or other non-natural sounds) for 50% or greater of the total elapsed time of the *Client's* product. Examples of prohibited products would be environmental soundscape albums, internet radio programming consisting substantially of nature sounds, nature videos without narration, some mobile applications, and ringtones. Upon written request that details a potential use by *Client*, *Licensor* will furnish a safe-harbor letter within 30 days allowing or disallowing use for the described product.

## Transferability

Quiet Planet LLC ▪ POB 900 ▪ Indianola WA 98342 ▪ USA ▪ Tel 1+360.477.9588 ▪ quietplanetllc@gmail.com

1

CONFIDENTIAL

HEMP001982