# EXHIBIT 8



**From:** Nicholas Sherman <nicholassherman@gmail.com>
**Date:** September 7, 2016 at 3:45:14 PM PDT
**To:** Gordon Hempton <gordon@soundtracker.com>
**Subject: Fwd: Your recent Pond5 purchase - Clip ID #3636748 ("Dathrex Environment Series Rainforest")**

FYI,
I just received this from Pond 5.  Let's talk this weekend about how everything is going.  Does Saturday work for you?
best,
Nick

---------- Forwarded message ----------
From: **Mike Pace** <mike@pond5.com>
Date: Wed, Sep 7, 2016 at 1:29 PM
Subject: Your recent Pond5 purchase - Clip ID #3636748 ("Dathrex Environment Series Rainforest")
To: nicholassherman@gmail.com
Cc: David Rosen <david@pond5.com>


Hi Nick,

My name is Mike Pace and I head up things on the Music and Sound Effects side at Pond5; hope you're well.

We've just received communication questioning the copyright of the Pond5 track you purchased on August 22, 2016 (Clip ID #3636748 "Dathrex Environment Series Rainforest").

We're investigating those questions currently.  We believe that the claim in this communication raises inappropriate legal risk, mostly to you, but also to us, so we ask you to cease use of the track. If you agree to terminate the license we'll provide you with a refund $20 credit.

Please let me know if you have any questions,

--

Mike Pace
**Senior Media Manager, Audio**
**E:** mike@pond5.com **T:** 917.306.1637



Pond5 membership -  Learn more >

--
Nick Sherman
Writer/Director
(323) 308-8633
nicholassherman@gmail.com
www.soundtrackerthemovie.com