THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| Gordon Hempton,<br><br>              Plaintiff,<br><br>v.<br><br>Pond5 , Inc., a Delaware Corporation; and Pond5 user ckennedy342, a corporation or individual of type unknown,<br><br>              Defendants. | NO.  3:15-cv-05696-BJR<br><br>DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>September 23, 2016 |

Roger M. Townsend states:

I am an attorney licensed to practice before the courts of the State of Washington.  I represent Plaintiff Gordon Hempton.  I have personal knowledge of the facts stated herein and am competent to testify to these facts.

    1.     Attached hereto as **Exhibit 1** is a true and correct copy of the August 16, 2016 deposition of Pond5's 30(b)(6) representative Thomas Crary at pertinent pages.

    2.     Attached hereto as **Exhibit 2** is a true and correct copy of document bates labeled HEMP 001674 (dathrex FX 36367648 screenshot).

    3.     Attached hereto as **Exhibit 3** is a true and correct copy of a September 7, 2016 email from Pond5 to customer regarding dathrex infringement.

    4.     Attached hereto as **Exhibit 4** is a true and correct copy of an email chain dated March 7, 2016.

1     5.     Attached hereto as **Exhibit 5** is a true and correct copy of an email dated July 19, 2016.

2     6.     Attached hereto as **Exhibit 6** is a true and correct copy of emails between parties in July, August, and September 2016 regarding the discovery requests at issue.

3     7.     Attached hereto as **Exhibit 7** is a true and correct copy of the Pond5 Content License agreement (PON 000540-550).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of September, 2016 in Seattle, Washington.

                                      BRESKIN JOHNSON & TOWNSEND, PLLC

                                      By:    s/Roger M. Townsend
                                                 Roger M. Townsend, WSBA # 25525
                                               1000 Second Avenue, Suite 3670
                                               Seattle, WA  98104
                                               Tel: 206-652-8660
                                               rtownsend@bjtlegal.com
                         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT- 3

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660