EXHIBIT 2

