# EXHIBIT 1

**User: ckennedy342**

| | | |
|---|---|---:|
| Tab 3 | # of clips online | 10,242 |
| Tab 2 | # of clips with items sold | 876 |
| Tab 2 (yellow highlights) | # of clips (nature themed) with items sold | 190 |
| Tab 2 (yellow highlights - sum of column F) | Total # of item sales (nature themed) - including multiple times sold | 298 |
| Tab 2 (yellow highlights - sum of column D) | $ gross value of clips sold (nature themed) | $ 2,125 |
| Tab 2 (yellow highlights - sum of column E) | $ P5 share of clips sold (nature themed) | $ 1,063 |

# EXHIBIT 2

| pond_user | objectid | name | gross_revs_$ | net_revs_$ | nbr_item_sale | keywords | created_at | aut_duration_ms | Nature Track |
|---|---|---|---|---|---|---|---|---|---|
| 554434 | 41382640 | A-10 Thunderbolt Warthog 30mm Cannon Fire | $ 8.00 | $ 4.00 | 2 | AK-47, Bullet, C4, M16, M4, Sci-Fi, alarm, apache, army, artillery, berretta, blood, body, bolt-action, bomb, bone-breaking, bullet-shell, bullets, burst, cannon, effect, engine, explosion, explosive, fire, firing, futuristic, glock, grenade, gun, gun-fire, gun-reload, gun-shot, helicopter, impact, machine-fun, magnum, military, missile, nuclear, ricochets, rifle, shot, shotgun, sniper, tank, tank-fire, war, weapon | 8/31/2014 | 10480 | No |
| 554434 | 45951992 | Abduction swish | $ 3.99 | $ 2.00 | 1 | Swish, beam, computer, dark, engulf, evil, fast, flame, fly, flyby, flying, future, ghost, gleam, heavy, hollow, long, metal, power, rattle, reverb, reverse, rise, rising, scary, sci fi, sharp, slutter, space, space ship, speed, static, stereo, stutter, swoosh, teleport, tingly, torpedo, train, vibrating, vibration, water, whoosh, woosh, zing, zingy, zip, zipper | 1/16/2015 | 4070 | No |
| 554434 | 45967480 | Abstract Air (6) | $ 3.49 | $ 1.75 | 1 | Air, alarm, ambient, beam, beep, body, chime, citadel, click, container, delivery tube, drag, drone, elevator, ember factory, fan, field, fire, fire flare, fireball, flares, fluorescent, gas, generator, glados, gun, heavy, hotel, humming, industrial, industrial ambience, industry, laser, machinery, metal, monitor, motor, neon, pad, pads, platform, portal, power, refrigerator, tech, tick tock, toxic, warehouse, whomp | 1/16/2015 | 3570 | No |
| 554434 | 45937854 | Abstract Ambience (4) | $ 3.99 | $ 2.00 | 1 | Abstract, EKG, EKG flat line, air blast, ambiance, boulders, bubbling, crackle, defibrillator, disintegration, droplets, heart beats, heart-beat, hospital, icu, inflate, injection, life form, life support, lifeforms, liquid bubbling, liquid fills, liquid impact, liquid submerged, liquids, meat, meat slice, medical, medical pump, medicine, noise, operation theatre, organic, pulse, slice, splash, splash drop, splat, stone, stress friction, surgery, syringe, ventilator, water, water rock, waterfall, waters, womb, wood | 1/15/2015 | 4700 | No |
| 554434 | 42054557 | Acid Arrow 01 Hit | $ 5.00 | $ 2.50 | 1 | Magic, acid, ambiance, ambient, arrow, ball, dream, dreaming, electric, electronic, evil, fairy-tales, fantasy, fiction, fictitious, final-fantasy, fire, fire-ball, fire-lance, gust, gusty, healing, ice-arrow, ice-ball, illusion, invisible, lance, life-extraction, light, magic-wand, magical, magician, paranormal, science, spark, spell, sphere, splash, stave, summon, teleport, teleportation, wand, water-lane, whoosh, whoosh-lance, witch | 9/27/2014 | 18140 | No |
| 554434 | 46085437 | Acoustic Guitar (47) | $ 3.99 | $ 2.00 | 1 | Acoustic guitar, amp, bass, bass feedback, bass guitar, bend, bowed, bowed guitar, bowing, chops, chord, chord prog, chord progression, chords, clip pulse, dampened, dampened guitar, delay, dub, dub bass, electric guitar, electric guitar chords, feedback, flanger, flanger pulse, gliss, groove, groove bass, guitar, guitar chords, guitar lead, guitar melody, guitar notes, guitar scream, guitar slide, guitar strings, guitar strums, lead, lead guitar, melody, nut pluck, piano, piano chords, pulse, riff, stick, strum, tone, | 1/21/2015 | 21330 | No |

# EXHIBIT 3

| pond_user | objectid | name | gross_revs_$ | net_revs_$ | nbr_item_sale | keywords | created_at | nbr_views | nbr_add_to_cart | aut_duration_ms |
|---|---|---|---|---|---|---|---|---|---|---|
| 554434 | 41509533 | Metro Bus Door Alarm | $  - | $  - | 0 | Airplane, Harley-davidson, Honda, Yamaha, aircraft, ambulance, ambulance-siren, bicycle, bicycle-horn, boat, bus, car, car-alarm, car-crash, car-door, car-handbrake, car-interior, car-park, car-pass-by, car-start, car-tires, cars, fire-truck, hand-brake, helicopter, ignition, locomotive, metro, metro-bus, motorcycle, motorway, plane, police-car, police-siren, rail, rain-cars, ship, ship-horn, siren, spitfire, spitfire-aircraft, subway, subway-train, taxi, train-station, trash-truck, truck, van, vehicle, vehicle-ignition | 9/5/2014 | 0 | 1 | 7310 |
| 554434 | 46012772 | Organic Insect Life | $  - | $  - | 0 | Factory, ambience, analogue, aquatic, arctic, atmosphere, china, concussion, conveyor bolt, data, downpour, drainpipes, drone, earthworks, electrical, electromagnetic, floor, gas, ghosts, glass, grit, industry, insects, invasion, lava, machines, metal, metals, music box, notes, phonogram, plankton, projection, radio, rainforest, random notes, sand, sea bed, seismic, shopping Centre, skylight, snowfall, spacecraft, static, storm, underwater, vinyl, voice, weather, zone | 1/19/2015 | 0 | 0 | 16000 |
| 554434 | 42059715 | Electric Welding Rail Multi | $  - | $  - | 0 | Electric, UFO, alien, buzz, discharge, electric sparks, electrical, electronic, fire, fire-burn, frequency, gas-flame, grain, hum, humming, icy-scrape, industry, metal, metal-eerie, metal-grain, motion, plate, plate-shaking, power-strip, pulse, pulsing, science, science-fiction, shot, sizzling, spaceship, spinning, steel, synth, synthesizer, teleport, teleportation, thunder-plate, transformer, transformers, transition, tv, tv-static, welding, welding-rail, wobble, wobbling, zap | 9/27/2014 | 0 | 0 | 23590 |
| 554434 | 42060644 | Electric Zap Large Heavy | $  - | $  - | 0 | Electric, UFO, alien, buzz, discharge, electric sparks, electrical, electronic, fire, fire-burn, frequency, gas-flame, grain, hum, humming, icy-scrape, industry, metal, metal-eerie, metal-grain, motion, plate, plate-shaking, power-strip, pulse, pulsing, science, science-fiction, shot, sizzling, spaceship, spinning, steel, synth, synthesizer, teleport, teleportation, thunder-plate, transformer, transformers, transition, tv, tv-static, welding, welding-rail, wobble, wobbling, zap | 9/27/2014 | 0 | 0 | 148660 |
| 554434 | 44264600 | Prairie morning meadowlark wetlands | $  - | $  - | 0 | Prairie, ambiance, ambiances, ambience, ambiences, bird, bird-chirping, birds, birdsong, breezy, buzzard, cape, caw, chirping, chorus, cockatoo, coyotes, crane, crickets, crow, dawn, dove, eagle, eagles, early, faint, gusting, gusts, hunting, insects, lark, meadowlark, morning, mosquitos, mourning, natural, nature, rippling, roar, soft, songbirds, squawk, western, western-meadowlark, wetlands, wind, windblown, wing, wings | 11/24/2014 | 0 | 0 | 304950 |

# EXHIBIT 4

# User data 

**UserID:** 554434
**Username:** ckennedy342
**Name:** Chris Kennedy
**Company:** SFX Factory (Quiet Planet, Funk/Soul)
**Email:** ckennedy342@hotmail.com
**User level:** 3
**Where:** Quebec, Quebec, Canada
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2014-08-26 20:07
**Latest login:** -
**Latest remote addr:**
**Latest cookie_id:**
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

# Last 10 in login history

| Id | Become | Created | Updated | Remote addr |
|---|---|---|---|---|
| 5299330 | - | 2015-03-27 01:33 | 2015-03-29 05:06 | 199.115.115.213 (US / USA) |
| 4636908 | - | 2014-11-27 14:15 | 2014-11-27 14:15 | 207.244.82.227 (US / USA) |
| 4430824 | - | 2014-10-13 06:56 | 2014-10-15 21:05 | 207.244.77.23 (US / USA) |
| 4402006 | - | 2014-10-06 01:22 | 2014-10-06 01:22 | 39.48.60.242 (PK / PAK) |
| 4351824 | - | 2014-09-22 10:50 | 2014-09-27 06:20 | 207.244.78.9 (US / USA) |
| 4323427 | - | 2014-09-14 06:27 | 2015-04-01 11:07 | 199.115.116.37 (US / USA) |
| 4264252 | - | 2014-08-28 22:06 | 2014-09-15 06:09 | 199.115.114.220 (US / USA) |
| 4254794 | - | 2014-08-26 20:11 | 2015-03-12 21:33 | 39.48.201.80 (PK / PAK) |
| 4254786 | - | 2014-08-26 20:09 | 2014-08-26 20:09 | 39.48.201.80 (PK / PAK) |
| 4254784 | - | 2014-08-26 20:09 | 2014-08-26 20:09 | 39.48.201.80 (PK / PAK) |

**Other alias:**



| username | fraud | user_level |
|---|---|---|
| HassanKhan | 98 | 3 |
| WildAudioProductions | 98 | 3 |
| ckennedy342 | 98 | 3 |



| IP Hunt | Cookie Hunt | Fingerprint Hunt |
|---|---|---|

## Find users of IP

IP starts with  [                    ]   **HUNT THEM DOWN!**

Syntax: 127.0.0.1 or 7f000000

| l_objectid | l_created_at | l_remote_addr | cookie_id | pu_username | pu_email | paid_how | pp_email | mb_email |
|---|---|---|---|---|---|---|---|---|
| 5929055 | 2015-07-22 | 27307f16:baf0 | 44a0e3e2X273fa2e | hkhan94 | hkmusicproduction@gmail.com | Paypal | hkmusicproduction@gmail.com | |
| 5929094 | 2015-07-22 | 27307f16:8a92 | 51865ee7X591ecf8 | HassanKhan | hassan_royals@ymail.com | Paypal | hassan_royals@ymail.com | hassan_royals@ymail.com |
| 5929114 | 2015-07-22 | 27307f16:9dc5 | 44a0e3e2X273fa2e | hkhan94 | hkmusicproduction@gmail.com | Paypal | hkmusicproduction@gmail.com | |

# User data

**UserID:** 338667
**Username:** HassanKhan
**Name:** Hassan Khan
**Company:** Hassan Khan Music Production
**Email:** hassan_royals@ymail.com
**User level:** 3
**Where:** Karachi, , Pakistan
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2013-03-27 22:31
**Latest login:** 2015-07-22 20:58
**Latest remote addr:** 39.48.127.22 (PK / PAK)
**Latest cookie_id:** 51865ee7X591ecf8
**Agreement bits:** BS
**Ftp password:** yes
☑Confirmed email

**License/Billing**
Hassan Khan Music Production
Hassan Khan
136/4 Sector 16/A
75850 Karachi
Sindh IN

Phone:923422309842

User data 

**UserID:** 439423
**Username:** WildAudioProductions
**Name:** Wild Audio Productions
**Company:** Wild Audio Productions
**Email:** wildaudioproductions@gmail.com
**User level:** 3
**Where:** Karachi, , Pakistan
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2013-12-05 11:10
**Latest login:** -
**Latest remote addr:**
**Latest cookie_id:**
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

**License/Billing**
Wild Audio Productions
Wild Audio Productions

PK

Phone:

User data

**UserID:** 720354
**Username:** hkhan94
**Name:** Hassan Khan
**Company:**
**Email:** hkmusicproduction@gmail.com
**User level:** 2
**Where:** Karachi, Sindh, Pakistan
**Referred by:** -
**Code 98: Ad Hoc fraud**

**Created at:** 2015-07-22 20:51
**Latest login:** 2015-08-07 20:30
**Latest remote addr:** 39.48.7.48 (PK / PAK)
**Latest cookie_id:** 44a0e3e2X273fa2e
**Agreement bits:** BS
**Ftp password:** yes
☑ Confirmed email

**Web Links - Possible Fraudster ID (linked via IP address / Cookie ID):**

https://about.me/hkhan342

about.me | Q Enter an interest, place, organization, or name | Discover | Claim your name! | Log In





