1          THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                     **WESTERN DISTRICT OF WASHINGTON**
7                              **AT TACOMA**

8    GORDON HEMPTON,                          NO.  3:15-cv-05696-BJR

9                         Plaintiff,          DECLARATION OF ROGER M.
                                              TOWNSEND IN SUPPORT OF
10   v.                                       PLAINTIFF'S REPLY IN SUPPORT
                                              OF MOTION TO COMPEL
11
     POND5 , INC., a Delaware Corporation;
12   and POND5  USER CKENNEDY342, a           NOTE ON MOTION CALENDAR:
     corporation or individual of type unknown,   September 23, 2016
13
14                        Defendants.

15         Roger M. Townsend states:

16         I am an attorney licensed to practice before the courts of the State of Washington.  I

17   represent Plaintiff Gordon Hempton.  I have personal knowledge of the facts stated herein and

18   am competent to testify to these facts.

19         1.     During our telephonic meet and confer on July 19, 2016, Pond5's counsel offered

20   to produce the "collateral information" about the downloads of Mr. Hempton's works (e.g. – the

21   date of download, how many times the work had been downloaded, etc.).  Pond5 refused to

22   provide the *identities* of its customers.

23         2.     The parties also briefly discussed the requests at Mr. Hempton's deposition on

24   September 8, 2016, when the Court had initially scheduled a telephonic hearing regarding this

25   discovery dispute. On that date, the parties had already drafted and submitted their joint

     statement to the Court outlining the issues and the scope of the potential motion to compel. The

DECLARATION OF ROGER M. TOWNSEND IN
SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1   parties briefly discussed the issues and determined, essentially, that there was nothing left to

2   discuss.

3          I declare under penalty of perjury under the laws of the United States of America that the

4   foregoing is true and correct.

5

6          Dated this 23rd day of September, 2016 in Seattle, Washington.

7                                              BRESKIN JOHNSON & TOWNSEND, PLLC

8
                                               By:     *s/Roger M. Townsend*
9                                                      Roger M. Townsend, WSBA # 25525
                                                       1000 Second Avenue, Suite 3670
10                                                     Seattle, WA  98104
                                                       Tel: 206-652-8660
11                                                     rtownsend@bjtlegal.com
                                               *Attorneys for Plaintiff*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ROGER M. TOWNSEND IN
SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL - 2

1

**<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on September 23, 2016, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4    counsel of record.

5
                                                        */s/ Jamie Telegin*
6                                                       Jamie Telegin, Legal Assistant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ROGER M. TOWNSEND IN
SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL - 3

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660