THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GORDON HEMPTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>POND5 , INC., a Delaware Corporation; and POND5 USER CKENNEDY342, a corporation or individual of type unknown,<br><br>　　　　　Defendants. | NO. 3:15-cv-05696-BJR<br><br>DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL<br><br>NOTE ON MOTION CALENDAR: September 23, 2016 |

Roger M. Townsend states:

I am an attorney licensed to practice before the courts of the State of Washington. I represent Plaintiff Gordon Hempton. I have personal knowledge of the facts stated herein and am competent to testify to these facts.

1. During our telephonic meet and confer on July 19, 2016, Pond5's counsel offered to produce the "collateral information" about the downloads of Mr. Hempton's works (e.g. – the date of download, how many times the work had been downloaded, etc.). Pond5 refused to provide the *identities* of its customers.

2. The parties also briefly discussed the requests at Mr. Hempton's deposition on September 8, 2016, when the Court had initially scheduled a telephonic hearing regarding this discovery dispute. On that date, the parties had already drafted and submitted their joint statement to the Court outlining the issues and the scope of the potential motion to compel. The

1  parties briefly discussed the issues and determined, essentially, that there was nothing left to
2  discuss.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5
6      Dated this 23rd day of September, 2016 in Seattle, Washington.
7      BRESKIN JOHNSON & TOWNSEND, PLLC
8
9  By:   <u>s/Roger M. Townsend</u>
         Roger M. Townsend, WSBA # 25525
10          1000 Second Avenue, Suite 3670
         Seattle, WA  98104
11          Tel: 206-652-8660
         rtownsend@bjtlegal.com
12    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant