EXHIBIT 3

From:        Larry Altenbrun
To:          nick power (nickedpower@gmail.com); Cindy Heidelberg
Cc:          Roger Townsend; Curt Feig; Jeanette Hendricks
Subject:     Pond5: Metadata
Date:        Tuesday, August 02, 2016 1:19:06 PM
Attachments: PON_000539 (00138847).CSV

Dear Cindy & Nick:

Attached is PON 00539. This spreadsheet contains metadata that Pond5 was
able to extract from the AWS servers where ckennedy342's uploads are
maintained. To the best of our knowledge, the metadata in this spreadsheet,
along with any metadata contained in the audio files previously produced,
represents all of the metadata in Pond5's possession with respect to all files
uploaded by ckennedy342. If you have any questions, or believe that there is
additional information that you are entitled to, please let me know. This
spreadsheet is being produced in order to meet our discovery obligations and
to avoid discovery disputes. Pond5 does not waive and expressly preserves its
rights under the work product doctrine.

Best Regards,

Larry E. Altenbrun
Nicoll Black & Feig PLLC
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
P: 206-838-7541
C: 206-920-5369
F: 206-838-7515

Notice: This communication, including attachments, may contain information that is confidential and protected by the
attorney/client or other privileges. If the reader or recipient of this communication is not the intended recipient  or you believe
that you have received this communication in error, please notify the sender immediately by return e-mail and promptly
delete this e-mail, including attachments without reading or saving them in any manner.