EXHIBIT 1

**To:  BRESKIN JOHNSON & TOWNSEND PLLC**
       **1000 Second Avenue, Suite 3670**
       **Seattle, WA 98104**

**From:  Gregory F. Budney**
       **22 Whig Street**
       **Trumansburg, NY 14886**

Date:  October 23, 2016

Re:  Review of audio files pertaining to GORDON HEMPTON v. POND5, INC.

*The Work*
A body of six hundred fifty-five (655) audio files of natural history content uploaded to Pond5.com, believed to have been derived from natural history audio recordings by Gordon Hempton, were provided to me for review and determine whether the files share the same content.

*Conclusion*
Following a review of the audio files uploaded by ckennedy342 to Pond5 and Gordon Hempton's Quiet Planet copyrighted works; it is my unequivocal conclusion that the uploaded files are copies of Gordon Hempton's copyrighted works.

*Analyses*
This conclusion is based upon the following analyses:

    a.  *Waveform Comparison*:  An audio waveform is a visualization depicting the amplitude (loudness) of an audio signal over time.  Comparing waveforms is a means of demonstrating the degree of similarity between audio files with regard to the temporal sequence and amplitude of acoustic events.  Reviewing Hempton's comparison of 86 paired waveforms (**Appendix B)**, each pair consisting of a ckennedy342 and a Quiet Planet audio file and bearing very similar names, I find that the waveform analysis effectively demonstrates that in each pairing the ckennedy342 file is the same as the Quiet Planet file.  The waveforms of the ckennedy342 file versions show the same temporal occurrence of acoustic events and the same amplitude variations as are seen in the waveforms of the corresponding Quiet Planet files.  It is virtually impossible to construct the same composition of natural sounds with the same temporal and amplitude patterns without using the same audio sources, which in this case are the Hempton-owned files.  Further, even if one had access to the source files, it would taken extraordinary knowledge of natural history to do so with such accuracy as is seen in these 86 comparisons.

    b.  *Auditioning*: Listening to many selected files that bear the same name, identical sounds are heard at the same running-time position within the ckennedy342 and Quiet Planet files.  To be clear as to what is meant by

identical sound, it is the same unique sound produced by the same individual animal.  For example, the ckennedy342 audio file 044263959-prairie-dawn-early.wav and the Quiet Planet file QP06 0567 are identical in total runtime and both contain the same common nighthawk courtship displays called "booms" at the same points in time in each recording.  Booms are mechanically produced by air rushing through hair-like structures of modified flight feathers as bird dives through the air with its wings fixed.  Though booms sound similar, each boom is an audibly unique event, the result of similar but varying functions of speed, the vibration of modified feather structures, and the duration of a dive as the bird moves through the air.  Similarly, the audio files ckennedy342 041867579-coyote-solo and Quiet Planet file QP01 0138 Coyote solo are without question the very same vocalizations from a single individual coyote.

c.  *Phase-Cancellation Test*:  Sound results from a disturbance in air molecules.  Pressure waves with peaks (compressed air molecules) and troughs (corresponding areas of lower density or rarefaction) propagate spherically outward from the point of disturbance.  A waveform is a representation of these periodic changes in pressure.  Phase describes the position of the cycle at any point in the periodic waveform. If the pressure measurements of the peaks and troughs are inverted, then the phase of the signal is inverted.  One hundred thirty-six (136) pairs of audio tracks were subjected to a phase-cancellation test.  **(Appendix A.)** If two audio files are the same, when the phase of one of the files is inverted and the two files are then summed, cancellation of the audio will occur and no signal is heard, though simultaneous signal activity on the level meters indicates the presence of audio.  If the two files are not the same, when summed the audio of both will remain audible.

Files were reviewed in a quiet studio environment on a digital audio workstation using Nuendo 7.1 software to view, phase invert, and playback audio files.  Izotope RX 4 was used for file sample-rate conversion.

*Phase-Cancellation Methodology*
Test steps involved:
> 1) Listening to each file for audibility and confirmation of level meter activity,
> 2) inverting the phase of one of the two files,
> 3) summing of the two files,
> 4) playback of the summed files and observing unchanged meter level deflection and listening to the recording for audible sound.

Each pair of 136 files consisted of a ckennedy342 audio file that had been uploaded to Pond5 and a Quiet Planet audio file.  Tracks shared similar name labels.  The 136 ckennedy342 (hereafter "CK") audio files, as received, were at a sampling rate of 44.1 kHz and 16-bit quantization.  Quiet Planet files (hereafter "QP') were 48 kHz and 24-bit.  In order to accurately compare the

Budney Report - 3

files it was necessary to convert the CK 44.1 kHz files to a sampling rate of 48 kHz so that each pair files have the same time-based resolution of 48,000 samples or frames to represent each second of sound. This conversion was carried out with Izotope RX 4 software on a digital audio workstation. One of the two files was then phase inverted and the CK and QP files were combined. When two identical files are combined, one with phase inverted, the two files cancel one another out, leaving no or little audible audio. This procedure was performed on all 136 file pairings. Prior to combining the two files, the waveform of each file was reviewed and the separate files auditioned to make certain each file played correctly and to confirm that the audio sounded the same.

Each file waveform was also visually inspected for anomalies and, if detected, it was noted. Twenty-four (24) of the 136 file pairings either the CK file, the QP file, or both contained very one short "digital glitch", four (4) files contained two glitches, and two (2) files contained three glitches. The glitches were high amplitude noise and were a fraction of a second in duration. They are the result of small digital errors introduced during a copying or transcoding procedure often caused by a minor fluctuation in electrical power. In each case phase cancellation occurred up to the point of the glitch, and cancellation resumed immediately thereafter.

In three instances the ckennedy342 file was found to have a shorter total length than the Quiet Planet file, but in each case phase cancellation between the paired files occurred up to the point in time that the ckennedy342 file terminated.

Using the phase inversion technique to compare each pair of files, complete or near complete cancellation occurred upon summing the two files, evidence that the two files are indeed the same. There were files where cancellation was not complete, though nearly so. Where cancellation was not complete, the remaining audio was of extremely low volume demonstrating that the files are effectively the same. To hear the audio components left following summing, playback volume was increased by 30 dB over the standard monitoring level in order to make the components audible—a listening level that would be excessive when playing back either the ckennedy342 or Quiet Planet files prior to summing.

Analysis comparing the ckennedy342 files to Hempton's source audio files (the works submitted to the copyright office and copyrighted) is possible. To do so will require a substantial amount of time to review the source recordings and identify sections within the body of long recordings, and I have just begun to undertake this review. Depending upon the methods used to derive the ckennedy342 and Quiet Planet audio, this analysis may include additional techniques such as spectrographic analysis. For example, a preliminary spectrographic comparison of 22 seconds of coyote vocalizations from both the ckennedy342 file 041867579 and the Hempton

Budney Report - 4

copyrighted file Track 5 Olympic National Park showed a 97 percent correlation (see image below).  Without question these coyote vocalizations are the same audio. Post-production processing likely accounts for the slight different from 100% correlation.



Accordingly, after both listening to the files and subjecting the files to digital analysis, I was unable to find even one instance where the file suspected as being Gordon Hempton's was not, in fact, Mr. Hempton's.  I am confident in this conclusion.  I would note, however, that the methods undertaken are not exhaustive and my pursuit of these inquiries was limited by the time I had with the raw data and illness in my immediate family.  In my opinion, however, additional tests would be redundant and add little additional value and would not increase my confidence. I would be happy to opine further on these tests and procedures and can do so at the direction of Mr. Hempton or the Court.

Budney Report - 5

# Appendix A

# Audio File Pairings subjected to Phase Inversion Testing

| ckennedy342 file | Hempton Quiet Planet file |
|---|---|

| | ckennedy342 file | Hempton Quiet Planet file |
|---|---|---|
| 1) | 041894304-thunder-close | QP01 0007 Thunder close |
| 2) | 041894388-thunder-distant | QP01 0009 Thunder distant |
| 3) | 041869774-rain-soft | QP01 0011 Rain soft |
| 4) | 041869740-rain-moderate | QP01 0012 Rain moderate |
| 5) | 041869802-rain-strong | QP01 0013 Rain strong |
| 6) | 041869759-rain-downpour | QP01 0014 Rain downpour |
| 7) | 041869797-rain-storm-aftermath | QP01 0015 Rain storm aftermath |
| 8) | 041892622-stream-rolling-intricate | QP01 0019 Stream rolling intricate |
| 9) | 041869177-insect-crickets-isolated | QP01 0028 Insect crickets isolated |
| 10) | 041869286-jungle-wetland-insects | QP01 0034 Jungle wetland insects |
| 11) | 041895854-tropical-forest-morning-ambien | QP01 0036 Tropical forest morning ambience waterdrops |
| 12) | 041895927-tropical-forest-stream | QP01 0041 Tropical forest stream |
| 13) | 041895739-tropical-forest-night | QP01 0042 Tropical forest night |
| 14) | 041868496-deciduous-forest-morning-songb | QP01 0045 Deciduous forest morning songbirds |
| 15) | 041870040-deciduous-forest-country-morni | QP01 0046 Deciduous forest country morning |
| 16) | 041868114-deciduous-forest-morning-songb | QP01 0047 Deciduous forest morning songbirds sapsucker |
| 17) | 041868510-deciduous-forest-songbird-solo | QP01 0056 Deciduous forest songbird solo |
| 18) | 041867441-coniferous-forest-morning-vari | QP01 0062 Coniferous forest morning varied thrush |
| 19) | 041867242-coniferous-forest-bird-song-fl | QP01 0068 Coniferous forest bird song flutter away |
| 20) | 041869656-prairie-night-wind-coyote | QP01 0086 Prairie night wind coyote |
| 21) | 041869527-prairie-meadowlark-song-elemen | QP01 0088 Prairie meadowlark song element |
| 22) | 041869526-prairie-meadowlark-song-elemen | QP01 0089 Prairie meadowlark song element |
| 23) | 041869533-prairie-meadowlark-song-elemen | QP01 0090 Prairie meadowlark song element |
| 24) | 041869531-prairie-meadowlark-song-elemen | QP01 0091 Prairie meadowlark song element |
| 25) | 041896301-wetland-lake-birds-trout | QP01 0099 Wetland lake birds trout |
| 26) | 041896324-wetland-pac-chorus-frog-isolat | QP01 0107 Wetland pac chorus frog isolated |
| 27) | 041896437-wetland-pac-chorus-frog-chorus | QP01 0108 Wetland pac chorus frog chorus |
| 28) | 041896759-wetland-spadefoot-toad-chorus | QP01 0112 Wetland spadefoot toad chorus |
| 29) | 041869971-riparian-zone-songbirds-1 | QP01 0116 Riparian Zone songbirds |
| 30) | 041869976-riparian-zone-songbirds-2 | QP01 0117 Riparian Zone songbirds |
| 31) | 041870011-riparian-zone-thrush | QP01 0118 Riparian Zone thrush |
| 32) | 041867579-coyote-solo | QP01 0138 Coyote solo |
| 33) | 041691578-wind-plants-light-variable | QP02 0156 Wind plants light variable |
| 34) | 041692039-wind-plants-wispy-breeze | QP02 0159 Wind plants wispy breeze |
| 35) | 041691777-wind-plants-soft-gusty | QP02 0160 Wind plants soft gusty |
| 36) | 041736427-wind-grass-wispy-breeze | QP02 0200 Wind grass wispy breeze |
| 37) | 041736615-wind-grass-wispy-barren-hf-ins | QP02 0206 Wind grass wispy barren hf insect |
| 38) | 041736664-wind-grass-wispy-hf-insect-mos | QP02 0207 Wind grass wispy hf insect mostly absent |
| 39) | 041690504-wind-coniferous-variable-stron | QP02 0228 Wind coniferous variable strong |

Budney Report - 6

| | | | |
|---|---|---|---|
| 40) | 041689673-wind-coniferous-clicky-jack-pi | QP02 0231 | Wind coniferous clicky jack pine |
| 41) | 041689580-wind-coniferous-brisk-variable | QP02 0233 | Wind coniferous brisk variable twig clicks |
| 42) | 041690355-wind-coniferous-strong-various | QP02 0235 | Wind coniferous strong various gusts |
| 43) | 041615549-thunder-close | QP03 0270 | Thunder close |
| 44) | 041616037-thunder-moderately-close | QP03 0272 | Thunder moderately close |
| 45) | 041616027-thunder-long-peel | QP03 0274 | Thunder long peel |
| 46) | 041615937-thunder-echo | QP03 0276 | Thunder echo |
| 47) | 041616044-thunder-moderately-distant-1 | QP03 0279 | Thunder moderately distant |
| 48) | 041615709-thunder-distant-short | QP03 0285 | Thunder distant short |
| 49) | 041616111-thunder-very-distant-booming-2 | QP03 0288 | Thunder very distant booming |
| 50) | 041616089-thunder-very-distant-booming-1 | QP03 0289 | Thunder very distant booming |
| 51) | 041613733-rain-builds-subsides-drippy | QP03 0305 | Rain builds subsides drippy |
| 52) | 041614788-rain-mod-light-drippy-aftermat | QP03 0308 | Rain mod light drippy aftermath |
| 53) | 041614484-rain-light-drippy-aftermath | QP03 0309 | Rain light drippy aftermath |
| 54) | 041614861-rain-puddle-light | QP03 0316 | Rain on puddle light |
| 55) | 041616789-thunderstorm-dry-extended | QP03 0327 | Thunderstorm dry extended |
| 56) | 041617588-thunderstorm-very-light-rain | QP03 0328 | Thunderstorm very light rain |
| 57) | 041617129-thunderstorm-light-rain-1 | QP03 0329 | Thunderstorm light rain |
| 58) | 041617673-thunderstorm-mod-light-rain | QP03 0330 | Thunderstorm mod light rain |
| 59) | 041617458-thunderstorm-light-rain-3 | QP03 0331 | Thunderstorm light rain |
| 60) | 041649303-snow-melting | QP04 0337 | Snow melting |
| 61) | 041650417-trickle-rapid | QP04 0340 | Trickle rapid |
| 62) | 041650250-streamlet-dribbling | QP04 0342 | Streamlet dribbling |
| 63) | 041650029-stream-small-sparkling | QP04 0349 | Stream small sparkling |
| 64) | 041649588-stream-details-gurgling | QP04 0353 | Stream details gurgling |
| 65) | 041649723-stream-gurgling | QP04 0354 | Stream gurgling |
| 66) | 041649371-stream-bright-sparkling-2 | QP04 0360 | Stream bright sparkling |
| 67) | 041648671-river-small-details | QP04 0375 | River small details |
| 68) | 041648665-river-small-gurgling | QP04 0376 | River small gurgling |
| 69) | 041648702-river-small-rolling | QP04 0377 | River small rolling |
| 70) | 041648732-river-small-splashy | QP04 0378 | River small splashy |
| 71) | 041647873-river-humming | QP04 0384 | River humming |
| 72) | 041647076-river-churning | QP04 0386 | River churning |
| 73) | 041648370-river-rapids-stronger | QP04 0388 | River rapids stronger |
| 74) | 041648257-river-raging | QP04 0389 | River raging |
| 75) | 041653111-waterfall-splashy | QP04 0393 | Waterfall splashy |
| 76) | 041653067-waterfall-spashier | QP04 0394 | Waterfall spashier |
| 77) | 041650534-waterfall-classic | QP04 0395 | Waterfall classic |
| 78) | 041650475-trickles-splashy-rocks | QP04 0398 | Trickles splashy in rocks |
| 79) | 041649691-stream-gurgling-rocks | QP04 0399 | Stream gurgling in rocks |
| 80) | 041649612-stream-drumming-rocks | QP04 0400 | Stream drumming in rocks |
| 81) | 041649878-stream-rolling-rocks | QP04 0401 | Stream rolling in rocks |
| 82) | 041648687-river-small-rocks-2 | QP04 0402 | River small in rocks |
| 83) | 041647541-river-gurgling-rocks-2 | QP04 0404 | River gurgling in rocks |
| 84) | 041647404-river-gurgling-babbling-rocks | QP04 0406 | River gurgling babbling in rocks |
| 85) | 041648619-river-rumbling-rocks-waterfall | QP04 0407 | River rumbling in rocks waterfall |

| | | | |
|---|---|---|---|
| 86) | 041647142-river-drumming-rocks-waterfall | QP04 0408 | River drumming in rocks waterfall |
| 87) | 041648784-river-soft-gurgling-rocks-wate | QP04 0409 | River soft gurgling in rocks waterfall |
| 88) | 041650062-stream-sparkling-distant | QP04 0414 | Stream sparkling distant |
| 89) | 041648518-river-rolling-moderately-dista | QP04 0417 | River rolling moderately distant |
| 90) | 041650775-waterfall-rapids-moderately-di | QP04 0426 | Waterfall rapids moderately distant |
| 91) | 041650573-waterfall-narrow-tall-moderate | QP04 0430 | Waterfall narrow tall moderately distant |
| 92) | 041652754-waterfall-rapids-moderately-di | QP04 0431 | Waterfall rapids moderately distant |
| 93) | 041650627-waterfall-rapids-distant-1 | QP04 0437 | Waterfall rapids distant |
| 94) | 041650592-waterfall-rapids-babbling-dist | QP04 0438 | Waterfall rapids babbling distant |
| 95) | 041648607-river-profile | QP04 0446 | River profile |
| 96) | 048610515-surf-boulders-slow-distant-res | QP05 0492 | Surf boulders slow distant resonant |
| 97) | 048613483-surf-pebbles-bright | QP05 0503 | Surf pebbles bright |
| 98) | 048619360-surf-pebbles-splashy | QP05 0504 | Surf pebbles splashy |
| 99) | 048616535-surf-pebbles-pounding | QP05 0505 | Surf pebbles pounding |
| 100) | 048620580-surf-pebbles-big-bright | QP05 0512 | Surf pebbles big bright |
| 101) | 048620381-surf-pebbles-big-bubble-detail | QP05 0514 | Surf pebbles big bubble detail |
| 102) | 048623015-surf-pebbles-mod-distant | QP05 0517 | Surf pebbles mod distant |
| 103) | 048622503-surf-pebbles-distant | QP05 0519 | Surf pebbles distant |
| 104) | 048624622-surf-sand-mod-confused | QP05 0532 | Surf sand mod confused |
| 105) | 048625504-surf-sand | QP05 0535 | Surf sand |
| 106) | 048669320-surf-sand-big-rolling | QP05 0538 | Surf sand big rolling |
| 107) | 048666506-surf-driftwood | QP05 0544 | Surf driftwood |
| 108) | 044265596-prairie-wind-soft | QP06 0586 | Prairie wind soft |
| 109) | 044265526-prairie-wind-soft-gusting-bird | QP06 0587 | Prairie wind soft gusting birds faint |
| 110) | 044442906-prairie-crickets-wind-sweeping | QP06 0619 | Prairie crickets wind sweeping evening |
| 111) | 044442749-prairie-crickets-busy-wind-swe | QP06 0620 | Prairie crickets busy wind sweeping night |
| 112) | 044442581-prairie-crickets-busy-wind-swe | QP06 0621 | Prairie crickets busy wind sweeping night |
| 113) | 044445540-prairie-wind-light-sweeping-bi | QP06 0622 | Prairie wind light sweeping birds crickets |
| 114) | 044445243-prairie-western-meadowlark-bri | QP06 0627 | Prairie western meadowlark bright |
| 115) | 044444990-prairie-western-meadowlark-cho | QP06 0628 | Prairie western meadowlark chortle |
| 116) | 044445216-prairie-western-meadowlark-son | QP06 0629 | Prairie western meadowlark song element |
| 117) | 044444985-prairie-western-meadowlark-cal | QP06 0630 | Prairie western meadowlark call |
| 118) | 044444986-prairie-western-meadowlark-cal | QP06 0631 | Prairie western meadowlark call |
| 119) | 044444989-prairie-western-meadowlark-cal | QP06 0632 | Prairie western meadowlark call |
| 120) | 044443801-prairie-lek-sage-grouse-1 | QP06 0648 | Prairie lek sage grouse |
| 121) | 044443793-prairie-lek-lesser-prairie-chi | QP06 0651 | Prairie lek lesser prairie-chicken |
| 122) | 044442010-prairie-cricket-close | QP06 0666 | Prairie cricket close |
| 123) | 044442034-prairie-cricket-expressive | QP06 0667 | Prairie cricket expressive |
| 124) | 044442221-prairie-cricket-thunder-rollin | QP06 0668 | Prairie cricket thunder rolling |
| 125) | 041652885-waterfall-rock-ledges-1 | QP04 0397 | Waterfall rock ledges V2 |
| 126) | 041648683-river-small-rocks-1 | QP04 0403 | River small in rocks v2 |
| 127) | 041647518-river-gurgling-rocks-1 | QP04 0405 | River gurgling in rocks v2 |
| 128) | 041648780-river-soft-gurgling-rocks-wate | QP04 0410 | River soft gurgling in rocks waterfall v2 |
| 129) | 041650811-waterfall-rapids-moderately-di | QP04 0427 | Waterfall rapids moderately distant V2 |
| 130) | 041652761-waterfall-rapids-moderately-di | QP04 0428 | Waterfall rapids moderately distant V3 |
| 131) | 041650761-waterfall-rapids-moderately-di | QP04 0429 | Waterfall rapids moderately distant V4 |

Budney Report - 8

| | | |
|---|---|---|
| 132) | 048581028-surf-rock-jetty-splashy-2 | QP05 0474 Surf rock jetty splashy v2 |
| 133) | 048622537-surf-pebbles-mod-distant-2 | QP05 0518 Surf pebbles mod distant v2 |
| 134) | 048668705-surf-driftwood-5 | QP05 0548 Surf driftwood v5 |
| 135) | 048668994-surf-driftwood-9 | QP05 0552 Surf driftwood v9 |
| 136) | 044442299-prairie-cricket-thunder-rollin | QP06 0669 Prairie cricket thunder rolling v2 |

Budney Report - 9

**APPENDIX B**

**Hempton Wave Form Display  Comparisons**

# Wave Form Display Comparisons

Showing exact matches in wave form and length (to one one thousandths of a second) between Hempton copyrighted files and Pond5 sold files

**Gordon Hempton**

**9/1/2016**

HEMP000582

1

HEMP000583

**#1**



2

**#2**



HEMP000584

3

**#3**



HEMP000585

4

**#4**



HEMP000586

5

**#5**



HEMP000587

**#6**



HEMP000588

7

**#7**



**Top file is flawed Pond5 file with last 20 seconds muted.**

HEMP000589

8

**#8**



HEMP000590

9

**#9**



HEMP000591

10

**#10**



HEMP000592

11

**#11**



HEMP000593

**#12**



HEMP000594

13

**#13**



HEMP000595

14

**#14**



HEMP000596

**#15**



HEMP000597

**#16**



HEMP000598

17

**#17**



HEMP000599

18

**#18**



HEMP000600

19

**#19**



HEMP000601

20

**#20**



HEMP000602

21

**#21**



HEMP000603

**#22**



HEMP000604

**#23**



HEMP000605

24

**#24**



HEMP000606

25

**#25**



HEMP000607

26

**#26**



HEMP000608

**#27**



HEMP000609

**#28**



HEMP000610

**#29**



HEMP000611

**#30**



HEMP000612

**#31**



HEMP000613

**#32**



HEMP000614

33

**#33**



HEMP000615

34

**#34**



HEMP000616

**#35**





HEMP000617

36

**#36**



HEMP000618

37

**#37**



HEMP000619

**#38**



HEMP000620

**#39**



HEMP000621

40

**#40**



HEMP000622

41

**#41**



HEMP000623

**#42**



HEMP000624

43

**#43**



HEMP000625

44

**#44**



HEMP000626

**#45**



HEMP000627

46

**#46**



**Pond5 file (upper) has muted end section.**

HEMP000628

47

**#47**





HEMP000629

48

**#48**



HEMP000630

**#49**



HEMP000631

**#50**



HEMP000632

**#51**



HEMP000633

**#52**



HEMP000634

**#53**



HEMP000635

**#54**



HEMP000636

55

**#55**



HEMP000637

**#56**



HEMP000638

**#57**



HEMP000639

**#58**



HEMP000640

**#59**



HEMP000641

**#60**



HEMP000642

**#61**



HEMP000643

**#62**



HEMP000644

**#63**



HEMP000645

**#64**



HEMP000646

**#65**



HEMP000647

**#66**



HEMP000648

67

**#67**



HEMP000649



**#68**



HEMP000650

**#69**



HEMP000651

**#70**



HEMP000652

**#71**



HEMP000653

72

**#72**



HEMP000654

**#73**



HEMP000655

**#74**



HEMP000656

75

**#75**



HEMP000657

# #76



HEMP000658

**#77**



HEMP000659

**#78**



HEMP000660

**#79**



HEMP000661

**#80**



HEMP000662

81

**#81**



HEMP000663

82

**#82**



HEMP000664

**#83**



HEMP000665

**#84**



HEMP000666

**#85**



HEMP000667

**#86**



HEMP000668

87