# EXHIBIT 1

Case 3:15-cv-05696-BJR   Document 63-1   Filed 12/02/16   Page 1 of 3

| | |
|---|---|
| **From:** | Roger Townsend |
| **To:** | Jamie Telegin |
| **Cc:** | Cindy Heidelberg |
| **Subject:** | RE: Hempton v. Pond5 |
| **Date:** | Tuesday, October 25, 2016 8:56:16 AM |

I want to make sure that we link it to the summary judgment motion.

I would like to call it, "Supplemental Submission in Support of Opposition to Motion for Summary Judgment". You could call it Notice of . . .l

**From:** Jamie Telegin
**Sent:** Tuesday, October 25, 2016 8:55 AM
**To:** Roger Townsend <rtownsend@bjtlegal.com>
**Cc:** Cindy Heidelberg <cheidelberg@bjtlegal.com>
**Subject:** RE: Hempton v. Pond5

Yes, there really isn't a category for this. What about Plaintiff's Notice of Filing Expert Report or something with Notice in it?


Jamie Telegin
Legal Assistant
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
206.652.8660 Main Phone
206.518.6213 Direct Phone
206.652.8290 Facsimile
Email: jtelegin@bjtlegal.com

CONFIDENTIAL: This email is intended for the recipient only and may contain confidential or privileged information. If you are not one of the intended recipients, please do not read the email and delete it.

**From:** Roger Townsend
**Sent:** October 25, 2016 8:42 AM
**To:** Jamie Telegin
**Cc:** Cindy Heidelberg
**Subject:** RE: Hempton v. Pond5

Can you mock up a filing for the report?

**From:** Jamie Telegin
**Sent:** Tuesday, October 25, 2016 8:41 AM
**To:** Roger Townsend <rtownsend@bjtlegal.com>

**Cc:** Cindy Heidelberg <cheidelberg@bjtlegal.com>
**Subject:** RE: Hempton v. Pond5

Sounds good.


Jamie Telegin
Legal Assistant
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
206.652.8660 Main Phone
206.518.6213 Direct Phone
206.652.8290 Facsimile
Email: jtelegin@bjtlegal.com

CONFIDENTIAL: This email is intended for the recipient only and may contain confidential or privileged information. If you are not one of the intended recipients, please do not read the email and delete it.

---

**From:** Roger Townsend
**Sent:** October 25, 2016 8:41 AM
**To:** Jamie Telegin
**Cc:** Cindy Heidelberg
**Subject:** Hempton v. Pond5

Jamie:
Today, we would like to produce (but not file) two expert reports.  Cindy will provide the latest and greatest.

Additionally, we are going to file the report from Expert Paul along with a cover page.  It will be a little tricky to find the right category to file, but the statement will be brief in support (and Cindy/Roger will draft that part).


Roger M. Townsend
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Office: (206) 652-8660
Direct: (206) 518-6200
Fax: (206) 652-8290

IMPORTANT: This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify the sender immediately -- by replying to this message -- and destroy all copies of this message and any attachments. Thank you.

Pursuant to IRS Circular 230, please be advised that, to the extent this communication (and any attachments) contains any tax advice, it is not intended to be, and cannot be used, for purposes of avoiding penalties under the Internal Revenue Code.