**THE HONORABLE BARBARA J. ROTHSTEIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GORDON HEMPTON,<br><br>               Plaintiff,<br>     v.<br><br>POND5, INC., A DELAWARE CORPORATION; AND POND5 USER CKENNEDY342, A CORPORATION OR INDIVIDUAL OF TYPE UNKNOWN,<br><br>               Defendants. | No.:  3:15-cv-05696-L<br><br>**DECLARATION OF LARRY E. ALTENBERUN IN SUPPORT OF POND5, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Larry E. Altenbrun, declare and state as follows:

I am over the age of 18 and am competent to testify to the matters set forth herein.  I am employed at Nicoll Black & Feig PLLC ("NB&F") and am one of the attorneys representing defendant Pond5, Inc. ("Pond5"). I submit this Declaration in Support of Pond5's Motion for Attorneys' Fees and Costs.

    1.    Exhibit 1 to this Declaration is a true and correct copy of an email from Gordon Hempton dated August 10, 2016 (HEMP001065). Exhibit 1 is filed under seal pursuant to the Stipulated Motion to File under Seal filed concurrently herewith.

    2.    Attached hereto as Exhibit 2 are true and correct copies of emails between Tom Crary of Pond5 and Gordon Hempton between October 13, 2015 and November 4, 2015.

    3.    Between November 20, 2015 and December 31, 2016, NB&F provided legal

DECLARATION OF LARRY E. ALTENBRUN IN SUPPORT OF
POND5 INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS - 1
(3:15-cv-05696 BJR)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

services to Pond5 for the purpose of defending Pond5 against the copyright violation claims brought by Gordon Hempton in the instant lawsuit. Those efforts recently culminated in the Judgment by this Court in favor of Pond5 on January 13, 2017 (Dkt. 67). In the course of this work, NB&F presented Pond5 with 13 invoices, as follows:

| Date | Invoice Number | Fee Amount | Hours | Costs | Invoice Total |
|---|---|---|---|---|---|
| 01/13/2016 | 117006 | $ 14,490.00 | 67.60 | $      0 | $14,490.00 |
| 02/16/2016 | 117109 | 19,049.00 | 82.90 | 0 | 19,049.00 |
| 03/10/2016 | 117260 | 18,169.00 | 76.20 | 0 | 18,169.00 |
| 04/13/2016 | 117329 | 32,055.50 | 135.30 | 52.80 | 32,108.30 |
| 05/11/2016 | 117416 | 12,726.50 | 56.60 | 0 | 12,726.50 |
| 06/14/2016 | 117524 | 12,654.00 | 49.60 | 0 | 12,654.00 |
| 07/12/2016 | 117609 | 8,625.50 | 33.50 | 616.00 | 9,241.50 |
| 08/22/2016 | 117727 | 15,727.00 | 67.80 | 2,180.42 | 17,907.42 |
| 09/12/2016 | 117814 | 23,672.50 | 99.80 | 232.69 | 23,905.19 |
| 10/10/2016 | 117870 | 36,169.50 | 146.50 | 491.24 | 36,660.74 |
| 11/07/2016 | 117940 | 11,959.50 | 47.70 | 25.00 | 11,984.50 |
| 12/05/2016 | 118067 | 22,102.00 | 89.70 | 2,350.45 | 24,452.45 |
| 01/23/2017 | 118205 | 4,859.50 | 19.50 | 97.51 | 4,957.01 |
| **Totals:** | | **$232,259.50** | **972.70** | **$6,046.11** | **$238,305.61** |

Total Fees:              **$ 232,259.50**
Total Costs:             **$     6,046.11**

Total Fees and Costs:    **$ 238,305.61**

4.      Pond5 has therefore incurred $232,259.50 of "reasonable attorneys' fees" which were necessarily to defend Pond5 against plaintiff's copyright claims. Attached as Exhibit 3 is a true and correct copy of the invoices supporting the $232,259.50 amount.

5.      The time entries on the invoices in Exhibit 3 contain by their nature attorney-client privileged and work product protected information. In providing the invoices in their entirety, Pond5 in no way waives its attorney-client privilege or work product confidentiality. All of the work on this file by NB&F attorneys and paralegals was in support of Pond5's efforts to defend itself in the instant copyright action. The claimed hours are a subset of the actual hours spent on the matter. The billing rates charged and the amount of time spent by the attorneys/paralegals working on the case (attorney Altenbrun/Feig $265/hour, attorney

DECLARATION OF LARRY E. ALTENBRUN IN SUPPORT OF
POND5 INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS - 2
(3:15-cv-05696 BJR)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

1  Trivett/Jaffe $200/hour, paralegal Hendricks $125/hour) were commercially reasonable and not
2  excessive in view of the complexity of the case, the importance of the issues, the number of
3  issues, the conduct of the opposing parties, and the experience of the lawyers involved. Entries
4  were screened to prevent duplication of tasks before the time was billed to Pond5.  I made every
5  effort to utilize less expensive lawyers and paralegals, and to attempt to resolve this matter early.

6    6. The costs in the amount of $6,046.11 identified in the above table were for the
7  following expenses:

| Invoice Date | Invoice Number | Date of Cost | Cost Description | Cost |
|---|---|---|---|---|
| 04/13/2016 | 117329 | 02/03/2016 | Risk Solutions Online Research INV 1289954-20160229 - Peoplesearch - Gordon Hempton | $ 19.05 |
|  |  | 02/24/2016 | Federal Express INV 5-341-12835: Delivery to T. Crary | 33.75 |
| 07/12/2016 | 117609 | 04/11/2016 | Buell Realtime Reporting INV 35322 Court Reporter/ Transcript Costs of Thomas Crary | 616.00 |
| 08/22/2016 | 117727 | 07/20/2016 | Copy Charges: Teris INV SEA38883: 372 B&W blowbacks; 34 slipsheets | 67.92 |
|  |  | 07/28/2016 | Hillis Clark Martin & Peterson INV 199042: Mediation fee (50/50 share of $4,225.00 total) | 2,112.50 |
| 09/12/2016 | 117814 | 08/25/2016 | TERIS INV SEA39088: Hard Drive duplication - 2 232.69 | 232.69 |
| 10/10/2016 | 117870 | 08/24/2016 | Federal Express INV 5-533-95705: Express Delivery to Pond5 / T. Crary | 47.34 |
|  |  | 09/10/2016 | Buell Realtime Reporting INV 37623: Certified Transcript Costs for deposition of Thomas Crary Vol II | 443.90 |
| 11/07/2016 | 117940 | 09/21/2016 | Zen Courier Services INV 6165: Rush Courier fee for delivery to US District Court Clerk's office – Courtesy Copy of Electronic Filing for Chambers | 25.00 |
| 12/05/2016 | 118067 | 09/21/2016 | Buell Realtime Reporting INV 37946: Court Reporter and Certified Transcript Costs for deposition of Gordon Hempton | 2,093.75 |
|  |  | 10/18/2016 | Zen Couriers INV 6225: Courier fee for delivery to Breskin Johnson & Townsend | 37.50 |
|  |  | 10/30/2016 | TERIS INV 020071: Hard Drive copy | 219.20 |
| 01/23/2017 | 118205 | 07/19/2016 | Purchase of (3) 60 GB USB drives for working copies of .wav files | 97.51 |
| **Total:** |  |  |  | **$6,046.11** |

DECLARATION OF LARRY E. ALTENBRUN IN SUPPORT OF
POND5 INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS - 3
(3:15-cv-05696 BJR)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

7. The above expenses were actually incurred and paid and were necessary in order to defend Pond5 against plaintiff's claims in the instant copyright litigation. Attached hereto as Exhibit 4 are true and correct copies of the invoices/backup for the costs itemized costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on January 26, 2017, at Seattle, Washington.

*/s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475

DECLARATION OF LARRY E. ALTENBRUN IN SUPPORT OF POND5 INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS - 4
(3:15-cv-05696 BJR)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

> Cynthia J. Heidelberg
> BRESKIN JOHNSON & TOWNSEND PLLC
> 1000 Second Avenue, Suite 3670
> Seattle, WA 98104
> 206-652-8660
> Email: cheidelberg@bjtlegal.com
>
> Nicholas E. D. Power
> LAW OFFICEOF NICHOLAS POWER
> 540 Guard St., Ste 140
> Friday Harbor, WA 98250
> 360-298-0464
> Email: nickedpower@gmail.com
>
> Roger M. Townsend
> BRESKIN JOHNSON & TOWNSEND PLLC
> 1000 Second Avenue, Suite 3670
> Seattle, WA 98104
> 206-652-8660
> Fax: 206-652-8290
> Email: rtownsend@bjtlegal.com

DATED this 26th day of January, 2017.

*/s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA #31475

DECLARATION OF LARRY E. ALTENBRUN IN SUPPORT OF POND5 INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS - 5
(3:15-cv-05696 BJR)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555