THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GORDON HEMPTON,<br><br>                    Plaintiff,<br><br>    v.<br><br>POND5, INC., A DELAWARE CORPORATION; AND POND5 USER CKENNEDY342, A CORPORATION OR INDIVIDUAL OF TYPE UNKNOWN,<br><br>                    Defendants. | No.: 3:15-cv-05696-BJR<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS**<br><br><u>**CLERK'S ACTION REQUESTED**</u> |

**TO:**     **ALL PARTIES OF RECORD**

**AND TO:**     **THE CLERK OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved. Any motions or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

//

//

//

NOTICE OF SETTLEMENT OF ALL CLAIMS - 1
(3:15-cv-05696 BJR)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

1  DATED this 13th day of March, 2017.

NICOLL BLACK & FEIG PLLC

/s/ *Curt H. Feig*
Curt H. Feig, WSBA # 19890
Larry E. Altenbrun, WSBA #31475
*Attorneys for Defendant Pond5, Inc.*

BRESKIN JOHNSON & TOWNSEND PLLC
*** via e-mail authority 3/10/17*

/s/ Roger M. Townsend
Roger M. Townsend, WSBA No.25525
Cynthia J. Heidelberg, WSBA No. 44121
1000 Second Avenue, Suite 3670
Seattle, WA 98104
206-652-8660
Email: rtownsend@bjtlegal.com
Email: cheidelberg@bjtlegal.com

LAW OFFICEOF NICHOLAS POWER
*** via e-mail authority 3/10/17*

/s/ *Nicholas E. D. Power*
Nicholas E. D. Power, WSBA #45974
540 Guard St., Ste 150
Friday Harbor, WA 98250
360-298-0464
Email: nickedpower@gmail.com

*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT OF ALL CLAIMS - 2
(3:15-cv-05696 BJR)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555